DECHERT LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500
(212) 698-3599 Facsimile
Joel H. Levitin (JL 5814)
David C. McGrail (DM 3904)

Counsel for Stephen S. Gray, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TEXFI INDUSTRIES, INC., | : | Case No. 00-10603 (AJG) |
| | : | |
| | : | |
| Debtor. | : | |

-------------------------------------------------------X

### NOTICE OF HEARING ON JOINT FINAL APPLICATION OF GREENE & HOFFMAN AND COMERFORD & BRITT, SPECIAL LITIGATION COUNSEL FOR THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES PURSUANT TO A COURT APPROVED CONTINGENT FEE AGREEMENT

**PLEASE TAKE NOTICE** that Greene & Hoffman and Comerford & Britt, Special Litigation Counsel for the Chapter 11 Trustee, have filed the attached Joint Final Application for Allowance and Payment of Fees and Expenses Pursuant to a Court Approved Contingent Fee Agreement (the "Application"). By the Application, they request allowance and payment of $833,333.33 in fees and $33,527.54 in expenses. A hearing to consider the Application will be held before the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, 5th Floor, New York, NY 10044-1408 on April 26, 2005 at 10:00 a.m. (Eastern Time).

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In Re: | ) | |
| | ) | **Chapter 11** |
| **TEXFI INDUSTRIES, INC.,** | ) | |
| | ) | **Case No.:**     **00-10603 (AJG)** |
| **Debtor** | ) | |
| | ) | |
| | ) | |

## JOINT FINAL APPLICATION OF GREENE & HOFFMAN AND COMERFORD & BRITT, SPECIAL LITIGATION COUNSEL FOR THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES PURSUANT TO A COURT APPROVED CONTINGENT FEE AGREEMENT

Greene & Hoffman, P.C. ("G & H") and Comerford & Britt ("C & B") (collectively, "Special Counsel"), having been appointed Special Counsel to the Chapter 11 Trustee, Stephen S. Gray ("Trustee") in the above captioned case pursuant to orders of this Court dated September 22, 2002 and May 13, 2003, respectively (copies of which are attached as Exhibits 1 and 2), and having rendered the services described herein, requests allowance and payment of $833,333.33 for said services pursuant to a contingent fee retention previously approved by this Court, and $33,527.54, for expenses.

Special Counsel seeks payment of these fees for its efforts in assisting the Trustee in recovering $2,500,000 for the Estate pursuant to a proposed settlement in the North Carolina civil action the Trustee brought against Texfi's former directors and officers, <u>Grey v. Remley</u>, No. 03 CVS 1722, North Carolina Superior Court, Forsyth County. The Trustee has requested approval of the proposed settlement in his Motion for an Order (I) Approving Settlement Agreement Regarding Action Against Debtor's Former Directors, among Others, Pursuant to Bankruptcy Rules 2002(a)(3) and 9019(a),(II) Approving Settlement Agreement Regarding Disposition Of Settlement Proceeds Pursuant to Bankruptcy Rules 2002(a)(3) and 9019(a), and (III) Authorizing Trustee to

Abandon Certain Real Property Located in Fayetteville, North Carolina, Pursuant To Bankruptcy Code Section 554(a) and Bankruptcy Rule 6007 (the "Settlement Motion"), filed contemporaneously herewith. Approval and payment of the proposed settlement constitutes a contingency that entitles Special Counsel to payment pursuant to Special Counsel's fee agreement with the Trustee, a copy of which is attached as Exhibit 3. Accordingly, Special Counsel requests payment of the requested fees upon the Trustee's actual receipt of the proceeds of the proposed settlement.

In support of this application for fees and expenses, Special Counsel states as follows:

### Background to the Appointment of Special Counsel

1.    Texfi Industries, Inc. ("Texfi") filed a voluntary Chapter 11 petition for bankruptcy on February 15, 2000. On or about December 27, 2002, Stephen S. Gray was appointed Chapter 11 Trustee of the Debtor.

2.    As described in greater detail in the Settlement Motion, among the matters the Trustee uncovered when he reviewed the Debtor's potential claims against third parties was a suspicious non-cash transaction whereby the Debtor transferred its interest in a joint venture, Rival Sport LLC ("Rival") to a private entity owned by its former directors in a non-cash transaction. Moreover, even after the Debtor supposedly sold its interest, it was still paying hundreds of thousands of dollars of the joint venture's expenses.

3.    The Trustee requested G & H to investigate whether viable claims existed against the Debtors's former directors and officers in connection with this transaction. After conducting interviews with former managers of Rival and former officers of the Debtor, G & H concluded that the Estate held meritorious claims for breach of fiduciary duty and unjust enrichment against the former directors and the entities affiliated with them.

2

4.     Additionally, G & H determined that there might be additional liability against the former directors and officers as a result of their decision to raise management fees paid to Mentmore, a company affiliated with many of them, by a million dollars a year. The Debtor received no additional services for these payments at a time it was already insolvent.

5.     G & H also determined that the best venue to bring the breach of fiduciary duty and unjust enrichment claims was in North Carolina, where Rival and the Debtor's operations were based and where many of the general creditors were located. Further, North Carolina was the state where most of the witnesses were located who could testify about the former directors' and officers' failure to abide by their fiduciary duties.

6.     On September 4, 2002, the Trustee moved to have G & H appointed Special Litigation Counsel to pursue claims against Texfi's former officers and directors, and to approve the contingent fee agreement between G & H and the Trustee. The terms of the proposed contingency fee were set forth in paragraph 18 of the application[1]. See Notice of Presentment Of Chapter 11

---

[1]     The Trustee asked the Court to approve retaining G & H on the following terms:

A.     Greene & Hoffman's investigation will be completed in six to eight weeks. Greene & Hoffman will bill the Trustee for the services at the rate of $250/hr for partners' time, $150 for associates' time, and $75/hr for paralegals' time, with a maximum total billing of $15,000.00. Any payments made by the Trustee will be credited towards any legal fees earned under the contingent fee agreement set forth below.

B.     If Greene & Hoffman decides to represent the Trustee in litigation against the Directors and Officers or any related party, it will represent the Trustee under a standard form contingent fee agreement containing the following percentage fees:

1)     20% of the proceeds of any settlement which is agreed to in substance within 90 days of the filing of a complaint;

2)     25% of the proceeds of any settlement which is agreed to in substance within 180 days of the filing of a complaint; and

3)     33-1/3% of the proceeds of any settlement, verdict, or judgment which is obtained after 180 days from the filing of a complaint.

C.     The provisions of this fee arrangement will apply to litigation against any insurance companies concerning the coverage provisions of director and officer liability policies.

Trustee's Application For An Order Authorizing The Employment and Retention of Thomas G Hoffman and the Law Firm Of Greene & Hoffman As Special Litigation Counsel ("Retention Application"), a copy of which is attached as Exhibit 4. The Trustee and G & H agreed that G & H could investigate the claims against Texfi's former officers and directors and bill for time spent on the investigation at specific rates, with a $15,000 cap on any such investigation fee. In the event the Trustee and G & H decided to go forward, G & H would pursue the claims on a contingency basis with the percentage paid to G & H to increase as it performed more work. The amount of the recovery could range from 20%, if the case was settled before filing a complaint or within 90 days of such filing, to 33 1/3 % if resolution occurred more that 180 days after filing a complaint. Any amount paid as an investigation fee would be credited against any contingency fee owed to G & H.[2]

7.    The Court approved G & H's retention and the terms of the contingency agreement proposed in the application by its order of September 27, 2002, a copy of which is attached as Exhibit 1. A copy of the contingent fee contract with Special Counsel that the Trustee entered pursuant to the Court approval of the retention of G &H is attached as Exhibit 3. The executed fee agreement contains the exact language the Trustee requested the Court to approve in his motion to retain special counsel. G & H's application also sought the ability to retain other law firms to assist it without increasing the Trustee's or the Estate's attorneys fee obligations. Retention Application at ¶ 19. These provisions were also allowed.

-------

D.    The Trustee will pay all reasonable expenses of litigation as they are incurred, including, but not limited to, travel (transportation, lodging, and meals), court reporting services, process servers, telecopier, document duplication, postage, overnight shipping, and courier expenses.

[2]    Although G & H did conduct the investigation, it never applied to be paid the investigation fee, electing to pursue the claims exclusively on a contingency basis. Accordingly, Special Counsel's current application should not be reduced by $15,000 or any other amount of fees incurred during G & H's investigation.

8.     Pursuant to the Contingent Fee Agreement, Special Counsel brought and pursued for the Trustee *Gray v. Remley*, No. 03 CVS 1722, North Carolina Superior Court, Forsyth County, a civil action in North Carolina Superior Court, Forsyth County against seven former directors of Texfi (William Remley, Richard Kramer, Joel Karp, Andrew Parise, Michael Schenker, John Mazzuto and Richard Hoffman) and two private entities controlled by some of the former directors (Mentmore Holdings Corporation and Clarendon Holdings Corporation). The action was filed in Forsyth County Superior Court in North Carolina by C & B.

9.     On or about May 7, 2003, the Trustee applied to retain C & B under the prior approved contingent fee agreement. It its application, C & B indicated that it was associating with G & H, that it agreed to act under the terms of the existing fee agreement and that no additional fee would be charged to the Trustee as a result of its employment. This Court allowed the application on May 13, 2003 and a copy of the Court's order is attached as Exhibit 2.

10.    As a result of Special Counsel's efforts the parties have reached a settlement that, if approved, will resolve all of the Trustee's remaining claims in consideration for payment of $2,500,000 to the Debtor's Estate. As noted above, the Trustee is seeking approval of this settlement in his Settlement Motion filed contemporaneously herewith.

11.    Approval and payment of the proposed settlement will entitle Special Counsel to receipt of attorneys' fees pursuant to the Contingent Fee Agreement. Under the terms of that agreement Special Counsel is entitled to receive $833,333,333.00, one third of the recovery. For the reasons set forth below, this fee is reasonable and appropriate given the size of the recovery and the work performed by Special Counsel.

## Work Performed By Special Counsel

12.     Special Counsel has been working on these claims for more than three years. Prior to the filing of the North Carolina complaint, most of this work was performed by G & H. It conducted the initial investigation; interviewed key witnesses familiar with the Rival transaction and the Mentmore management fee; reviewed documents in the possession of the Trustee; reviewed relevant securities filings; analyzed relevant case law to determine the legal sufficiency of the Trustee's case; determined whether the evidence in the Trustee's possession was sufficient to state a claim for breach of a director's fiduciary duties under Delaware corporate law; determined the most favorable venue for prosecution of the action; and recruited North Carolina counsel to handle the action. G & H also analyzed the Debtor's directors' and officers' liability insurance policy to determine the existence of insurance coverage, and researched the exceptions to coverage the liability insurer was likely to raise. After the contingent fee agreement was executed, G & H drafted the complaint and took primary responsibility for locating and serving the defendants.

13.     C & B has been responsible for most litigation responsibilities once the case was filed in March 2003. C & B amended the Complaint in May 2003, and it opposed the Defendants' motions to dismiss the complaint on personal jurisdiction grounds in both federal and state court. When the federal magistrate recommended that the action be remanded to the Forsyth County Superior Court, C & B responded to the Defendants' objections to the Magistrate's opinion. It also argued against the Defendants' motion for reconsideration and their attempt to amend their notice of removal. Special Counsel prevailed over Defendants' positions on these issues.

14.     After the North Carolina action was remanded to Superior Court, Defendants once again attempted to move to dismiss on personal jurisdiction grounds. Special Counsel persuaded the Superior Court to allow the Trustee to take discovery limited to the jurisdictional issues, and C

6

& B took depositions of six of the seven individual defendants in August 2004. In September, 2004, C & B filed a 68 page opposition to the Defendants' motions to dismiss on personal jurisdiction, laying out each of the nine defendants' contacts with North Carolina. The opposition was accompanied by affidavits of non-party witnesses Special Counsel had developed and extensive documentation establishing each of the Defendants' connections with North Carolina. In September, 2004 C & B argued the motions to dismiss before the Superior Court. The Court denied the Defendants' motions from the bench and C & B drafted the 22 page order that became the final order of the trial court.

15.    Under North Carolina procedure, Defendants were entitled to appeal the adverse rulings on personal jurisdiction. C & B handled the appeal, drafting the Trustee's brief in opposition and arguing before the North Carolina Court of Appeals in November 2005. That court has not yet rendered a decision.

16.    Special Counsel has also reviewed over a million pages of documents relevant to the case. In addition to G & H's review of the documents in the Trustee's original possession, lawyers from both firms traveled to Rocky Mount, North Carolina, to inspect three storage bins which contained all extant records of the Defendant. Special Counsel was able to segregate the thousands of documents relevant to the merits of the North Carolina action as well as those establishing the Defendants' contacts with North Carolina.

17.    While the Defendants' appeal was pending, in July 2005, the parties attempted mediation in North Carolina before an experienced business mediator. Both firms were involved in the mediation which, although unsuccessful, led to the commencement of settlement discussions between the parties. In November, 2005, at about the time the appeal was argued, counsel for Defendants renewed negotiations and increased their offer. G & H took principal responsibility for

conducting negotiations, and in December 2005, an agreement in principal was reached. G & H has taken primary responsibility for negotiating the settlement documents and preparing materials for approval of the settlement.

18.    In sum, Special Counsel has committed a substantial effort to this litigation with both firms committing substantial resources over three years. Hundreds of hours of attorney time has been committed by both firms, which will result, if the proposed settlement is approved, in a substantial recovery on a non-scheduled asset. A summary of the time spent by counsel and paralegals by both firms follows:

| Attorney | Hours Spent | Standard Billing Rate |
|---|---|---|
| Comerford & Britt Professionals | | |
| | | |
| Sherry Bolens | 22 | $65 |
| Clifford B. Britt | 30 | $450 |
| W. Thompson Comerford | 391.25 | $550 |
| Alan Dickenson | 81 | $175 |
| Kevin J. Williams | 348.5 | $250 |
| Terre Yde | .5 | $100 |
| | | |
| Greene & Hoffman Professionals | | |
| | | |
| Thomas M. Greene | 1 | $500 |
| Thomas G. Hoffman | 111.9 | $500 |
| Ilyas Rona | 33.1 | $250 |
| Michael Tabb | 179.1 | $500 |
| Total Hours | 1198.35 | |

Billing records for G & H and C & B are attached as Exhibits 5 and 6.

## The Fee Sought By Special Counsel Is Appropriate and Reasonable

19.     Special Counsel seeks payment of a $833,333 attorney fee upon approval of the $2,500,000 proposed settlement. The amount of the fee is derived from the contingent fee agreement that this Court approved in September, 2002.[3] The case law clear that because this Court has previously approved Special Counsel's retention and the terms of Special Counsel's fee agreement with the Trustee, Special Counsel is entitled to be paid in conformance with the Contingent Fee Agreement.

20.     Several courts have held that once a Bankruptcy Court approves the terms and conditions of professional's fee agreement with a Bankruptcy Trustee, including a contingency fee, § 328(a) precludes a Court from modifying the approved compensation unless, after the conclusion of the contract, such terms and conditions prove to have been improvident because of developments that were incapable of being anticipated at the time of approval. In Re Barron, 325 F.3d 690, 692-93 (5th Cir. 2003) and Comm. of Equity Sec. Holders of Federal-Mogul Corp. v. Official Comm. of Unsecured Creditors (In re Fed. Mogul-Global, Inc.), 348 F.3d 390 (3d Cir. 2003); In re High Voltage Engineering Corp., 311 B.R. 320, 331-32 (Bankr. D. Mass. 2004). Even where it appears that the professional will receive greater compensation than it would have received had compensation been calculated pursuant to the usual lodestar formulas, important policy considerations call for honoring fee agreements with professionals. See e.g. Nischwitz v. Airspect Air, Inc. (In re Airspect Air, Inc.) 288 B.R. 464, 470-71 (B.A.P., 6th Cir. 2003) (vacating Bankruptcy Court's "reasonable" fee award under §330 and awarding compensation in accordance with one third contingent fee agreement previously approved by Bankruptcy Court); In re Merry-Go-Round

---

[3]     The Contingent Fee Agreement provided for payment of a percentage of the recovery on a sliding scale based on the work required to achieve a recovery. Due to the length of time to reach a recovery, Special Counsel qualifies for the highest percentage eligible to be paid under the agreement, one third of the recovery.

Enterprises, Inc. 244 B.R. 327 (Bankr. D. Md. 2000)(honoring a 40% contingency fee with special counsel that resulted in a $71.2 million fee). To rule otherwise would not only improperly upset the settled expectations of the parties, but would seriously discourage competent counsel from agreeing to represent Bankruptcy Trustees in risky and difficult cases where the Estate does not possess sufficient liquid resources to pay counsel on an hourly basis.

21.     Thus, the only question before the Court is whether the approval of the requested fee is improvident in light of developments not capable of being anticipated at the time the contingent fee agreement was approved. No unanticipated circumstances are present here. The size of the claims, and consequently, the size of the likely fee upon a successful recovery were well known at the time retention of Special Counsel was sought. The Court was informed that the Trustee intended to recover excessive management fees of $112,500 a month and the improper divestment of Texfi's interest in a joint venture that was worth approximately $4.85 million, and which Texfi wrongly paid expenses of $1.3 million after the sale. See Retention Application at ¶s 9-11. Given the amounts at issue that were identified in the fee application, a settlement of $2.5 million and the payment of an $833,333 contingency fee could not be found to be unanticipated.

22.     When the Trustee sought authority to retain Special Counsel on a contingent basis, the parties and the Court recognized that payment of a contingency fee on this matter was the best way to attract capable counsel at a reasonable cost to the estate, and there were no objections to Special Counsel's retention. Thus, payment of the fee requested by Special Counsel is not only unanticipated, it is precisely what all parties to the bankruptcy anticipated in order to attract qualified counsel. And, as other courts have recognized, the ability of insolvent estates to retain counsel to prosecute complex litigation that can substantially benefit the estate requires Bankruptcy Courts to honor the fee agreements they have previously approved. See e.g. Donaldson Lufkin & Jenrette

Securities, Corp. v. National Gypsum Co. (In re National Gypsum Co.) 123 F. 3d 861, 863 (5th Cir. 1997)(To obtain competent professionals to work on complex transactions, professionals must know what they will receive for their expertise and commitment; "courts must protect those agreements and expectations, once found to be acceptable.")

23.     Although the Court's prior approval of Special Counsel's contingency fee obviates the need for the Court to review the reasonableness of special counsel's fee request under § 330, the fee requested by Special Counsel is certainly reasonable under the circumstances. Since it was retained three years ago, Special Counsel has devoted hundreds of professional hours to this case and obtained a result that all appear to be satisfied with.

24.     Additionally Special Counsel have incurred substantial expenses in pursing this litigation. C & B seeks reimbursement for its payment of $27,514.38, and G & H seeks reimbursement for payment of $6013.16. A listing of the expenses sought for reimbursement are attached as Exhibits 7 and 8.

25.     Special Counsel states that the compensation, fee, and allowance herein claimed belongs wholly to Special Counsel. The requested fee will be divided among the two firms with two thirds ($ 555,555) payable to C & B and one third ($ 277,778) payable to G & H. This approximates the amount of work each of the Special Counsel provided in obtaining the settlement. Any fees or expenses awarded to Special Counsel will not be divided, shared, or pooled, directly or indirectly, with any other person or firm.

26.     This application is made under the pains and penalties of perjury this 30th day of March, 2006.

11

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In re:                                           :        Chapter 11
                                                 :
TEXFI INDUSTRIES, INC.,                          :        Case No. 00-10603 (AJG)
                                                 :
                                                 :
                    Debtor.                      :

-------------------------------------------------------X

**ORDER**
**AUTHORIZING THE EMPLOYMENT AND RETENTION**
**OF THOMAS G. HOFFMAN AND THE LAW FIRM OF GREENE &**
**HOFFMAN AS SPECIAL LITIGATION COUNSEL FOR THE CHAPTER**
**11 TRUSTEE PURSUANT TO 11 U.S.C. § 327(e) AND BANKRUPTCY RULE 2014(a)**

Upon consideration of the application of Stephen S. Gray (the "Application"), Chapter 11

Trustee in the above-captioned bankruptcy case (the "Trustee") to this Court for an order

authorizing the Trustee to employ and retain Thomas G. Hoffman and the law firm of Greene &

Hoffman (collectively, "Greene & Hoffman") as his special litigation counsel in this Chapter 11

case pursuant to 11 U.S.C. § 327(e) and Bankruptcy Rule 2014(a); and upon consideration of the

affidavit of Thomas G. Hoffman in support of the Application, wherein it is represented that

Greene & Hoffman neither holds nor represents any interest materially adverse to the Debtor

with respect to the matters upon which Greene & Hoffman is to be retained; and the Court

having found that Greene & Hoffman is a "disinterested person" as contemplated under 11

U.S.C. § 327(e); and it appearing that the retention of Greene & Hoffman is in the best interests

of the Debtor's estate and its creditors; and it appearing that notice of the Application was

adequate and proper under the circumstances of this case; and it appearing that no further notice

of the Application is required; and the Court having found that good and sufficient cause exists

for granting the Application; it is hereby

ORDERED that the Application is granted; and it is further

# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

TEXFI INDUSTRIES, INC.,

Debtor.

Chapter 11

Case No. 00-10603 (AJG)

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF W. THOMPSON COMERFORD, JR. AND THE LAW FIRM OF COMERFORD & BRITT, L.L.P. AS SPECIAL LITIGATION COUNSEL FOR THE CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 327(e) AND BANKRUPTCY RULE 2014(a)

Upon consideration of the application of Stephen S. Gray (the "Application"), Chapter 11

Trustee in the above-captioned bankruptcy case (the "Trustee") to this Court for an Order

authorizing the Trustee to employ and retain W. Thompson Comerford, Jr. and the law firm of

Comerford & Britt, L.L.P. (collectively Comerford & Britt), as his special litigation counsel in

this Chapter 11 case pursuant to 11 U.S.C. § 327(e) and Bankruptcy Rule 2014(a); and upon

consideration of the affidavit of W. Thompson Comerford, Jr. In support of the Application,

wherein it is represented that Comerford & Britt neither holds nor represents any interest

materially adverse to the Debtor with respect to the matters upon which Comerford & Britt is to

be retained; and the Court having found that Comerford & Britt is a "disinterested person" as

contemplated under 11 U.S.C. § 327(e); and it appearing that the retention of Comerford & Britt

is in the best interests of the Debtor's estate and its creditors; and it appearing that notice of the

Application was adequate and proper under the circumstances of this case; and it appearing that

no further notice of the Application is required; and the Court having found that good and

# EXHIBIT 3

# CONTINGENT FEE AGREEMENT

DATE: _____April 16_____, 2003

**Stephen S. Gray, Chapter 11 Trustee of Texfi Industries** (hereinafter the Client), retains the law firm of **Greene & Hoffman, P.C.** 125 Summer Street, Boston MA 02210 (hereinafter the Attorney or Attorneys) to perform the legal services mentioned in paragraph (1) below. The Attorneys agree to perform them faithfully and with due diligence.

(1) The claim, controversy, and other matters with reference to which the services are to be performed are: Claims against the former directors of Texfi Industries, Inc., and any insurance litigation which arises out of the Attorneys' prosecution of such claims.

(2) The contingency upon which compensation is to be is: Obtaining any recoveries (through verdict or settlement) relative to the claim described in paragraph no. 1.

(3) Reasonable compensation on the foregoing contingency is to be paid by the Client to the Attorney, in the amount of :

     a.    20 % of the proceeds of any settlement which, subject to the Trustee's approval, is agreed to in substance within 90 days of the filing of a complaint;

     b.    25 % of the proceeds of any settlement which, subject to the Trustee's approval, is agreed to in substance within 180 days of the filing of a complaint;

     c.    33 1/3 % of the proceeds of any settlement (which, subject to the Trustee's approval), verdict or judgment which is obtained after 180 days from the filing of a complaint;

However, in the event the Attorneys seek payment of any hourly fees for investigation work performed by the Attorneys prior to filing a complaint pursuant to the Bankruptcy Court order appointing the Attorneys as Special Counsel, any amounts paid shall be credited to any contingency fee due under this agreement.

(4) The client will pay all reasonable expenses of litigation as they are incurred, including, but not limited to, travel (transportation, lodging and meals), court reporting services,

process servers, telecopier, document duplication, postage, overnight shipping and courier expenses.

(5) Provided there is no increase in the fees to be paid under this agreement, the attorneys shall be permitted to retain or involve the services of another law firm, provided that such retention is disclosed to the Bankruptcy Court and a 2014-1 statement is filed evidencing such professional(s)' disinterestedness and disclosing any relationship it has with the Debtors in the Bankruptcy Court proceedings or any other party to the proceedings

(6) If the attorney is discharged by the client prior to the conclusion of this representation, the attorney is entitled to be then compensated for his reasonable expenses and disbursements. Further, the attorney is to be compensated for the fair value of the services rendered to the client up to the time of discharge, but the amount of the fee shall not be due to the attorney until the subject matter litigation is concluded pursuant to paragraphs 2 and 3 above.

(7) In the event that the client agrees to a settlement that requires monies to be paid to the client over a period of time, it is hereby agreed that the attorney's fee herein shall be calculated based on the present value of the entire recovery to be paid and that unless the attorneys otherwise agree, the entire attorney's fee shall be due and payable upon the effective date of the Bankruptcy Court's approval of such a settlement.

(8) Notwithstanding anything herein to the contrary, the terms of this agreement shall be subject to the terms of the Bankruptcy Court Order appointing the Attorneys special counsel for the Client.

This agreement and its performance are subject to Rule 3:05 of the Supreme Judicial Court of Massachusetts.

We each have read the above agreement before signing it.

Witnesses to signatures

_____           _____
(To Client)                                Stephen S. Gray, Chapter 11 Trustee


_____           _____
(To Attorney)                              Thomas G. Hoffman, Esq.
                                           Greene & Hoffman, P.C.

2

# EXHIBIT 4

DECHERT
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500 (Telephone)
(212) 698-3599 (Facsimile)
Joel H. Levitin (JL 5814)
Stephen J. Gordon (SG 0732)
David C. McGrail (DM 3904)

Counsel for Stephen S. Gray, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X

In re:                                                :        Chapter 11

TEXFI INDUSTRIES, INC.,                               :        Case No. 00-10603 (AJG)

                                                      :

                                                      :

                            Debtor.                   :

------------------------------------------------------ X

## NOTICE OF PRESENTMENT OF CHAPTER 11
## TRUSTEE'S APPLICATION FOR AN ORDER
## AUTHORIZING THE EMPLOYMENT AND RETENTION
## OF THOMAS G. HOFFMAN AND THE LAW FIRM OF GREENE &
## HOFFMAN AS SPECIAL LITIGATION COUNSEL FOR THE CHAPTER
## 11 TRUSTEE PURSUANT TO 11 U.S.C. § 327(e) AND BANKRUPTCY RULE 2014(a)

PLEASE TAKE NOTICE that, upon the attached Application of Stephen S. Gray, the

Chapter 11 Trustee appointed in the above-captioned case, for an Order Authorizing the Trustee

to Employ and retain Thomas G. Hoffman and the Law Firm of Greene & Hoffman (collectively,

"Greene & Hoffman") as the Trustee's Special Litigation Counsel Pursuant to 11 U.S.C.

§ 327(e) and Bankruptcy Rule 2014(a) (the "Application"), the undersigned will present the

attached proposed order to the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge,

on September 26, 2002 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing, served with the Clerk of the Bankruptcy Court, and received in the Bankruptcy Judge's chambers and by the undersigned not later than 11:30 a.m. on September 26, 2002. Unless objections are received by that time, the order may be signed.

Dated:    September 13, 2002
           New York New York

                            /s/ David C. McGrail
                            Joel H. Levitin
                            Stephen J. Gordon
                            David C. McGrail
                            Dechert
                            30 Rockefeller Plaza
                            New York, New York 10112
                            Tel.: (212) 698-3500
                            Fax: (212) 698-3599

                            Counsel for Stephen S. Gray, Chapter 11 Trustee

DECHERT
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500 (Telephone)
(212) 698-3599 (Facsimile)
Joel H. Levitin (JL 5814)
Stephen J. Gordon (SG 0732)
David C. McGrail (DM 3904)

Counsel for Stephen S. Gray, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                    :          Chapter 11
                                          :
TEXFI INDUSTRIES, INC.,                   :          Case No. 00-10603 (AJG)
                                          :
                                          :
                      Debtor.             :
--------------------------------------------------------X

### CHAPTER 11 TRUSTEE'S APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THOMAS G. HOFFMAN AND THE LAW FIRM OF GREENE & HOFFMAN AS SPECIAL LITIGATION COUNSEL FOR THE CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 327(e) AND BANKRUPTCY RULE 2014(a)

Stephen S. Gray, Chapter 11 Trustee in the above-captioned bankruptcy case (the "Trustee"), hereby applies to this Court for an order authorizing the Trustee to employ and retain Thomas G. Hoffman and the law firm of Greene & Hoffman (collectively, "Greene & Hoffman") as the Trustee's special litigation counsel in this Chapter 11 case pursuant to 11 U.S.C. § 327(e) and Bankruptcy Rule 2014(a), and in support thereof respectfully represent as follows:

### INTRODUCTION

1.     On February 15, 2000, the above-captioned debtor (the "Debtor") filed with this Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and this application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. After exploring various restructuring alternatives, the Debtor decided to discontinue its operations and to liquidate all of its assets.

4. On November 6, 2001, this Court entered an Order (i) Authorizing Debtor to Wind-down its Business Operations and Affairs, (ii) Approving Budget for Wind-down, (iii) Providing for a Hearing to Consider Whether the Case Should Be Converted to a Case under Chapter 7 or Dismissed, and (iv) Granting Other and Further Relief.

5. On December 13, 2001, this Court entered an Order Directing the Appointment of a Trustee Pursuant to Section 1104 of the United States Bankruptcy Code.

6. On December 27, 2001, the United States Trustee filed an Application for Order Approving the Appointment of Chapter 11 Trustee, by which the United States Trustee, after consultation with the parties-in-interest, proposed that Stephen S. Gray be appointed as the Chapter 11 Trustee in this case.

7. On December 28, 2001, this Court entered an Order Approving the Appointment of Chapter 11 Trustee, approving the appointment of Stephen S. Gray as the Chapter 11 Trustee in this case.

## FACTUAL BACKGROUND AND RELIEF REQUESTED

8. Rival Sport, LLC (the "Joint Venture"), was a joint venture formed between the Debtor and NHL Enterprises, L.P., in February 1997 in order to market and source a branded line of hockey-related apparel.

9.    In December 1997, the Debtor sold its interest in the Joint Venture to Clarendon Holdings, LLC ("Clarendon"), an affiliate of Mentmore Holdings Corporation ("Mentmore"), in consideration for a $4.85 million promissory note from Clarendon, which the Trustee believes was of no collectible value. Mentmore was owned by the Directors and Officers.

10.    In addition, the Trustee believes that, after the Debtor had sold its interest in the Joint Venture to Clarendon, the Directors and Officers caused the Debtor to continue paying the Joint Venture's expenses (over $1.3 million) until at least March 1998 and allowed the Joint Venture to occupy certain of the Debtor's premises rent-free.

11.    Furthermore, it is the Trustee's understanding that Mentmore charged the Debtor a $112,500 monthly consulting fee, for which the Debtor did not receive reasonably equivalent value.

12.    The Trustee believes that that above-described transactions (collectively the "Transactions"), among others, were fraudulent. The Trustee further believes that, in effectuating the Transactions, the Directors and Officers breached their fiduciary duties to the Debtor's and its creditors.

13.    To investigate and prosecute any actions based on the Transactions, and to facilitate the successful completion of this case, the Trustee requires the services of attorneys with knowledge and experience in bankruptcy litigation.

14.    Pursuant to 11 U.S.C. § 327(e), the Trustee seeks to obtain this Court's approval to employ and retain Greene & Hoffman as special litigation counsel in this case.

15.    The Trustee has selected Greene & Hoffman as counsel in this case because of its considerable experience in bankruptcy litigation. The Trustee has worked with Greene & Hoffman on a number of matters in which Greene & Hoffman represented the Trustee or his firm

in complex litigation. These matters are set forth in detail in the affidavit of Thomas G. Hoffman (the "Hoffman Affidavit"). A copy of the Hoffman Affidavit is attached hereto as Exhibit A and has been filed simultaneously herewith.

16.    The primary and immediate purpose of Greene & Hoffman's representation will be to undertake an intensive investigation of all potential claims against the Directors and Officers (and other third parties that could be liable to the estate) based on the Transactions by, among other things, conducting Rule 2004 examinations, subject to Court approval.

17.    Greene & Hoffman may also draft and file complaints against the Directors and Officers as counsel for the Trustee or decline to do so for any or no reason at all. In the event that Greene & Hoffman decides to draft and file complaints against the Directors and Officers, it will represent the Trustee in litigation against the Directors and Officers or any related party. In addition, among other things, Greene & Hoffman will pursue any litigation against any insurance companies concerning the coverage provisions of director and officer liability policies and any settlement negotiations with the Directors and Officers or any related party.

18.    Subject to the Court's approval, Greene & Hoffman's fee arrangement will be as follows:

    A.    Greene & Hoffman's investigation will be completed in six to eight weeks. Greene & Hoffman will bill the Trustee for these services at the rate of $250/hr for partners' time, $150 for associates' time, and $75/hr for paralegals' time, with a maximum total billing of $15,000.00. Any payments made by the Trustee will be credited towards any legal fees earned under the contingent fee agreement set forth below.

    B.    If Greene & Hoffman decides to represent the Trustee in litigation against the Directors and Officers or any related party, it will represent the Trustee under a standard form contingent fee agreement containing the following percentage fees:

1)   20% of the proceeds of any settlement which, subject to the Trustee's approval, is agreed to in substance within 90 days of the filing of a complaint;

2)   25% of the proceeds of any settlement which, subject to the Trustee's approval, is agreed to in substance within 180 days of the filing of a complaint; and

3)   33 1/3% of the proceeds of any settlement (which is subject to the Trustee's approval), verdict, or judgment which is obtained after 180 days from the filing of a complaint.

C.   The provisions of this fee arrangement will apply to litigation against any insurance companies concerning the coverage provisions of director and officer liability policies.

D.   The Trustee will pay all reasonable expenses of litigation as they are incurred, including, but not limited to, travel (transportation, lodging, and meals), court reporting services, process servers, telecopier, document duplication, postage, overnight shipping, and courier expenses.

19.   With the approval of the Trustee, Greene & Hoffman may, without increasing the fees to be earned, retain or involve the services of an additional law firm, provided that any such retention is disclosed to the Court and a 2014-1 statement is filed evidencing such professional(s)' disinterestedness and disclosing any relationship it has with the Debtors or any other party to the proceedings.

20.   Based upon Greene & Hoffman's capabilities and experience, the Trustee believes that this fee arrangement is reasonable.

21.   With respect to any fees and expenses incurred pursuant to the hourly rate structure set forth above, Greene & Hoffman will make periodic applications to this Court for interim compensation in accordance with 11 U.S.C. §§ 328 and 331 and any orders of this Court governing such matters, and, with respect to any fees and expenses incurred pursuant to the contingent fee arrangement described above, will provide the United States Trustee, Back Bay Funding, LLC (the Debtor's primary secured creditor), and counsel for the Trustee with a

monthly statement setting forth all expenses incurred, recoveries realized, and any fees deducted from such recoveries realized during such month, within twenty (20) days after the end of such month.

22.     The Debtor has many creditors and, accordingly, Greene & Hoffman may have rendered and may continue to render professional services to certain of these creditors. Additionally, Greene & Hoffman's partners, associates, and staff members may, in the ordinary course of their personal affairs, have relationships with certain creditors of the Debtor. For example, one or more of Greene & Hoffman's partners, associates, and/or staff members may have obligations outstanding with financial institutions that are creditors of the Debtor. Greene & Hoffman has represented to the Trustee that it does not and will not represent the separate interests of any such creditor in this case.

23.     To the best of the Trustee's knowledge, and except as disclosed herein and in the Hoffman Affidavit, the partners, associates, and other professionals of Greene & Hoffman have no relationship to the Debtor or to any other party-in-interest in this case.

24.     In the Hoffman Affidavit, Greene & Hoffman has represented that it neither holds nor represents any interest adverse to the Debtor's estate and that it is a "disinterested person," as that term is used in 11 U.S.C. § 327(e) and is defined in 11 U.S.C. § 101(14), relative to this case.

25.     For the foregoing reasons, the Trustee believes that the retention of Greene & Hoffman is in the best interests of the Debtor, its creditors, and its estate, and, therefore, the Trustee desires to employ and retain as his special litigation counsel, with compensation to be determined in accordance with the fee arrangement set forth herein.

## NOTICE

26.     Notice of this application has been provided to the Office of the United States Trustee, to counsel for the Debtor, to the Debtor's primary secured creditor and its counsel, to counsel for the official committee of unsecured creditors, and to all other parties that have filed a notice of appearance and demand for service of papers. No previous application for the relief sought herein has been made to this or any other Court. Because of the urgency of the circumstances surrounding this application and the nature of the relief requested herein, the Trustee respectfully submits that no further notice of this Application is required.

## CONCLUSION

WHEREFORE, the Trustee respectfully requests that this Court enter an order authorizing the Trustee to employ and retain Greene & Hoffman as his special litigation counsel and granting such other and further relief as is just and proper under the circumstances. A proposed order is attached hereto as Exhibit B.

DATED:   September 4, 2002
         New York New York

                              s/ Stephen S. Gray
                              Stephen S. Gray
                              Chapter 11 Trustee

# EXHIBIT 5

GREENE & HOFFMAN PC

**Primary Timekeeper: 1 Tom G. Hoffman**

**Client: TEXFI:00C Bruce Erickson**     Bruce Erickson     Contact:

Primary Timekeeper:   1 TGH Category:   1 Personal Injury
Secondary Timekeeper:   1 TGH Draft Template: Contngcy   Rate Code: 1
Originating Timekeeper:   1 TGH Final Template: Contngcy   Date Opened 08/19/2004
Previous Balance:     0.00

| Date | Tmkr | Hour Work | Description |
|------|------|-----------|-------------|
| **Fees** | | | |
| 01/22/2004 | 1 TGH | 3.70 | Online legal research re NC law |
| 01/23/2004 | 1 TGH | 4.90 | Online legal research re NC law; timeline drafting |
| 03/06/2004 | 1 TGH | 11.00 | Travel to NC and meet with Cummerford |
| 03/07/2004 | 1 TGH | 11.50 | Meet with Cummerford and travel from NC |
| 03/26/2004 | 1 TGH | 6.90 | Office conference with Tom Cummerford |
| 03/28/2004 | 1 TGH | 0.80 | Letter to E. Manderban |
| 04/23/2004 | 1 TGH | 1.10 | Telephone conference with Bruce McShane, John Flood |
| 09/13/2004 | 1 TGH | 4.50 | Review and analyze director depos |
| 09/24/2004 | 1 TGH | 2.60 | Review and analyze draft jurisdiction order; telephone conference with K. W. |
| 10/26/2004 | 1 TGH | 2.90 | Telephone conference with T. Cummerford & S. Gray; review NC law re standing |
| 03/17/2005 | 1 TGH | 0.40 | Telephone conference with T. Comeford |
| 03/17/2005 | 1 TGH | 0.50 | Office conference with MT |
| 03/17/2005 | 1 TGH | 0.40 | Telephone conference with T. Comeford |
| 06/22/2005 | 1 TGH | 6.50 | Review file and timeline update |
| 06/23/2005 | 1 TGH | 5.40 | Review file and timeline update |
| 06/24/2005 | 1 TGH | 1.70 | Review file and timeline update |
| 07/05/2005 | 1 TGH | 6.50 | Review file and Schroder contracts |
| 07/06/2005 | 1 TGH | 3.50 | Prepare damage model for mediation |
| 07/12/2005 | 1 TGH | 3.60 | Prepare file |
| 07/12/2005 | 1 TGH | 0.30 | Telephone conference with Calabrese/Comerford |
| 07/12/2005 | 1 TGH | 1.10 | Review NY insurance opinion |
| 07/14/2005 | 1 TGH | 11.20 | Travel to and prepare for mediation |
| 07/15/2005 | 1 TGH | 7.10 | Attended mediation and travel to Boston |
| 08/11/2005 | 1 TGH | 0.40 | Telephone conference with Mangel |
| 11/17/2005 | 1 TGH | 1.10 | Telephone conference with Mangel; conference with Michael Tabb; correspondence TC |
| 11/21/2005 | 1 TGH | 0.60 | Telephone conference with Mangel; correspondence TC |
| 11/21/2005 | 1 TGH | 0.80 | Telephone conference with Mangel |
| 11/29/2005 | 1 TGH | 0.40 | Telephone conference with Mangel |
| 12/01/2005 | 1 TGH | 0.80 | Telephone conference with Mangel |
| 12/01/2005 | 1 TGH | 0.50 | Telephone conference with TC |
| 12/01/2005 | 1 TGH | 0.80 | Telephone conference with SG |
| 12/01/2005 | 1 TGH | 0.60 | Telephone conference with Mangel |
| 12/05/2005 | 1 TGH | 0.60 | Telephone conference with Mangel |
| 12/05/2005 | 1 TGH | 0.50 | Telephone conference with TC |

GREENE & HOFFMAN PC

Primary Timekeeper: 1 Tom G. Hoffman

Client: **TEXFI:00C Bruce Erickson** *(Continued)*

| Date | Tmkr | Hour Work | Description |
|------|------|-----------|-------------|
| 12/05/2005 | 1 TGH | 1.50 | Telephone conference with Mangel |
| 12/05/2005 | 1 TGH | 0.60 | Telephone conference with Erickson |
| 12/18/2005 | 1 TGH | 1.80 | Telephone conference with Mangel |
| 12/19/2005 | 1 TGH | 0.80 | Telephone conference with Mangel |
| 01/25/2006 | 1 TGH | 1.50 | Review settlement documents |
| 02/02/2006 | 1 TGH | 0.50 | Review settlement documents |

Billable Total:    1 TGH     111.90

| | | | |
|------|------|-----------|-------------|
| 06/12/2005 | 2 TMG | 1.00 | Office conference with Ilyas Rona and Michael Tabb to discuss relevant factual issues in preparation for document review in North Carolina |

Billable Total:    2 TMG     1.00

| | | | |
|------|------|-----------|-------------|
| 04/11/2002 | 3 MT | 1.30 | Draft contingent fee agreement; letter to client |
| 01/21/2003 | 3 MT | 3.50 | Legal research of statute of limitation |
| 01/22/2003 | 3 MT | 4.50 | Factual research on Texfi and principals |
| 01/22/2003 | 3 MT | 2.70 | Legal research statute of limitation |
| 01/23/2003 | 3 MT | 0.30 | Review e-mail/correspondence between Tom Hoffman and D. McGrail |
| 01/23/2003 | 3 MT | 5.30 | Review New York, North Carolina and Florida statutes of limitations, draft statute of limitations memo |
| 02/18/2003 | 3 MT | 3.20 | Review Texfi documents |
| 02/19/2003 | 3 MT | 4.80 | Review Texfi documents, review Karp documents; factual research |
| 02/20/2003 | 3 MT | 5.10 | Review document; draft complaint |
| 02/21/2003 | 3 MT | 3.60 | Draft complaint |
| 03/04/2003 | 3 MT | 2.50 | Internet research on NHL Enterprises and |
| 03/10/2003 | 3 MT | 2.00 | Legal research--Review Westlaw for related cases. review Ramley v. Kramer |
| 03/11/2003 | 3 MT | 1.00 | Telephone conference with Gene Pease |
| 03/12/2003 | 3 MT | 1.50 | Revise complaint; call to Cliff Brett |
| 03/13/2003 | 3 MT | 6.40 | Revise complaint; review Texfi SEC document; review SEC document from Remlay/Kramer/Mazzutto related |
| 03/14/2003 | 3 MT | 4.70 | Revise complaint; create New York complaint; research on databases for service of complaint |
| 03/17/2003 | 3 MT | 3.80 | Polish and finalize North Carolina complaint; draft New York complaint; calls to D. McGrail re: New York complaint and filing |
| 04/01/2003 | 3 MT | 1.60 | Draft agreement between Greene & Hoffman and UB |
| 04/02/2003 | 3 MT | 0.30 | Revise inter-firm agreement |
| 04/07/2003 | 3 MT | 2.20 | Research of service of process for defendant |
| 04/08/2003 | 3 MT | 0.90 | Research on service of process for defendants |
| 04/08/2003 | 3 MT | 0.60 | Calls to Cliff Brett re: service; e-mail to Cliff Brett with addresses for service |

Primary Timekeeper: 1 Tom G. Hoffman

Client: **TEXFI.00C** Bruce Erickson *(Continued)*

| Date | Tmkr | Hour Work | Description |
|------|------|-----------|-------------|
| 04/12/2003 | 3 MT | 0.30 | Revise contingent fee agreement |
| 05/20/2003 | 3 MT | 0.20 | E-mail to Tom Comerford re: subject matter jurisdiction |
| 05/28/2003 | 3 MT | 3.10 | Research on diversity jurisdiction and bankruptcy trustee's residence for diversity purposes |
| 06/11/2003 | 3 MT | 0.80 | Transcribe notes of Pease witness interview |
| 06/19/2003 | 3 MT | 13.00 | Travel to Rocky Mount, North Carolina; Document review at Storage Facility in North Carolina; meetings with Atty Williams and Atty Commerford |
| 06/20/2003 | 3 MT | 16.00 | Document review in Rocky Mount Storage Facility; meetings with Attorney Williams, and Attorney Commerford; Travel from North Carolina to Massachusetts. |
| 07/10/2003 | 3 MT | 3.00 | Calls to D. McGrail; draft motion to enlarge time for service of process in New York case |
| 09/27/2003 | 3 MT | 1.50 | Review Motion to Dismiss |
| 09/28/2003 | 3 MT | 2.30 | Research on personal jurisdiction over corporate directors, draft memo on personal jurisdiction for K. Williams |
| 01/03/2005 | 3 MT | 0.60 | Review Comerford affidavit; e=mail correspondence to North Carolina counsel, Atty. McGrail |
| 04/14/2005 | 3 MT | 0.20 | E-mail to T. Comerford re: Kramer |
| 06/12/2005 | 3 MT | 1.00 | Office conference with Ilyas Rona and Thomas Greene to discuss relevant factual issues in preparation for document review in North Carolina |
| 07/06/2005 | 3 MT | 2.50 | Office conference with Tom Hoffman re damage model and damage evidence; prepare for mediation |
| 07/06/2005 | 3 MT | 0.30 | Office conference with Tom Hoffman re Texfi Mediation and mediation memorandum |
| 07/06/2005 | 3 MT | 2.80 | Draft and revise portion of mediation brief regarding Trustee's damages |
| 07/07/2005 | 3 MT | 1.30 | Draft and revise mediation memo on damages |
| 07/08/2005 | 3 MT | 4.20 | Draft and revise mediation memorandum section regarding damages. |
| 07/08/2005 | 3 MT | 0.40 | Review other portions of mediation memorandum |
| 12/07/2005 | 3 MT | 0.30 | Call from D. Mangel re: lift stay to pay attorneys fees |
| 12/08/2005 | 3 MT | 2.50 | Review lift stay motion; Review insurance demands and limits of policy; respond to client inquires regarding insurance demand and finances of liability policy |
| 12/09/2005 | 3 MT | 0.20 | Calls from North Carolina counsel regarding oral argument in North Carolina appeals court |
| 12/15/2005 | 3 MT | 0.40 | Office conference with Tom Hoffman regarding settlement proposal |
| 12/19/2005 | 3 MT | 0.70 | Office conference with Tom Hoffman regarding settlement offer and conditions |
| 12/20/2005 | 3 MT | 0.40 | Calls to D. Mangel regarding D. McGrail regarding settlement |

# Tabs3 Detail Work-In-Process Report
## GREENE & HOFFMAN PC

Primary Timekeeper: 1 Tom G. Hoffman

Client: TEXFI.00C  Bruce Erickson  *(Continued)*

| Date | Tmkr | Hour Work | Description |
|---|---|---|---|
| 12/20/2005 | 3 MT | 4.10 | Draft settlement agreement - 1st draft |
| 12/21/2005 | 3 MT | 1.00 | Revise settlement agreement, 1st draft; calls to T. Comerford and D. McGrail regarding settlement |
| 12/27/2005 | 3 MT | 0.30 | Calls from D. Mangel regarding settlement funding; call to D. McGrail regarding settlement |
| 12/27/2005 | 3 MT | 2.60 | Prepare to draft approval motions; review file and assemble necessary records to describe case, coarse of litigation and work performed on case |
| 12/28/2005 | 3 MT | 0.40 | Memo to defendants summarizing terms of settlement |
| 12/30/2005 | 3 MT | 2.20 | Draft motion to approve |
| 01/04/2006 | 3 MT | 0.30 | E-mail to Atty. Comerford regarding notification of North Carolina courts regarding settlement |
| 01/09/2006 | 3 MT | 3.50 | Draft motion to approve |
| 01/10/2006 | 3 MT | 0.50 | E-mail correspondence with counsel and client regarding confidentiality and notice of settlement to other parties to bankruptcy |
| 01/11/2006 | 3 MT | 6.50 | Draft motion to approve |
| 01/17/2006 | 3 MT | 1.50 | Review defendants' draft of settlement agreement; review D. McGrail comments on revised draft.  Discussions with client and co-counsel regarding narrowing scope of Trustee's release |
| 01/19/2006 | 3 MT | 5.00 | Forward Trustee's comments on defendants' revisions of settlement agreement; review escrow agreement form; draft escrow agreement |
| 01/20/2006 | 3 MT | 0.20 | Telephone conference with Dr. McGrail re disclosure of defendants' payments |
| 01/25/2006 | 3 MT | 4.00 | Calls to D. Mangel and D. McGrail regarding filing of motion to approve; review suggested revisions of escrow agreement and settlement agreement; revise motion to approve; calls to settlement counsel |
| 01/26/2006 | 3 MT | 1.60 | Calls to D. Mangel regarding comments on revisions to settlement documents; calls from co-counsel regarding comments on settlement document |
| 01/27/2006 | 3 MT | 0.90 | Telephone conference with B. Erickson, D. McGrail and D. Mangel re terms of escrow agreement, settlement agreement |
| 01/27/2006 | 3 MT | 3.20 | Draft and revise escrow agreement; Trustee's release language; review directors and officers' policy; draft e-mail to counsel and clients regarding proposed changes |
| 01/27/2006 | 3 MT | 0.30 | Telephone conference with representative of Citizen's bank to set up escrow account. |
| 01/28/2006 | 3 MT | 1.80 | Draft and revise fee application |
| 01/29/2006 | 3 MT | 6.50 | Draft and revise fee Application |
| 01/30/2006 | 3 MT | 0.60 | Review court orders and docket regarding court approval of retention of special counsel; review NY bankruptcy Court billing |

Primary Timekeeper: 1 Tom G. Hoffman

Client: **TEXFI.00C Bruce Erickson** *(Continued)*

| Date | Tmkr | Hour Work | Description |
|------|------|-----------|-------------|
| | | | guidelines and local rules; |
| 01/30/2006 | 3 MT | 2.30 | Draft and revise fee application |
| 01/31/2006 | 3 MT | 1.70 | Review revisions to Settlement Documents: draft revised language regarding Trustee and Defendant releases, escrow language; e-mail to settlement attorneys |
| 02/01/2006 | 3 MT | 1.20 | Review e-mail from counsel; draft e-mail to defendants' counsel to explain Trustee's positions on requested changes |
| 02/02/2006 | 3 MT | 0.50 | Draft and revise Escrow Agreement |
| 02/02/2006 | 3 MT | 0.40 | Draft and revise Settlement Agreement |
| 02/02/2006 | 3 MT | 0.20 | Telephone conference with David Eisman re: differences over Settlement AGreement, coordination of signing of agreement |
| 02/02/2006 | 3 MT | 0.80 | E-mail correspondence to and from settlement counsel regarding mechanics of execution, completing drafts, reviewing proposed changes to agreements |
| 02/03/2006 | 3 MT | 0.30 | Review latest version of Settlement agreement and e-mail correspondence between counsel regarding proposed changes |
| 02/03/2006 | 3 MT | 0.20 | Telephone conference with Doug Mangel regarding status of settlement documents; likelihood of 2/3/06 execution of documents |
| 02/03/2006 | 3 MT | 0.10 | Telephone conference with David McGrail re likely execution of settlement documents and filing of approval memorandum |
| 02/03/2006 | 3 MT | 0.20 | Review latest version of escrow agreement; e-mails to clients re status of escrow agreement |
| 02/06/2006 | 3 MT | 0.10 | Telephone conference with Doug Mangel regarding settlement status. Exchange of e-mail with clients and Mangel regarding same. |
| 02/08/2006 | 3 MT | 1.40 | Draft and revise fee application |
| 02/08/2006 | 3 MT | 0.20 | Telephone conference with Doug Mangel re latest developments with settlement |
| 02/09/2006 | 3 MT | 0.20 | Outside conference with Stephen Gray and T. Hoffman regarding latest developments with settlement |
| 02/09/2006 | 3 MT | 0.20 | Office conference with Tom Hoffman regarding possible breakdown of settlement, revision of complaint and revision of settlement to exclude Karp |
| 02/09/2006 | 3 MT | 0.20 | Telephone conference with David McGrail to update on latest developments with settlement |
| 02/10/2006 | 3 MT | 0.20 | Voice mail from Doug Mangel updating situation between defendants; e-mail to client and co-counsel regarding current settlement status |
| 02/22/2006 | 3 MT | 0.60 | Review Commerford affidavit; e-mail correspondence to North Carolina counsel, Attorney McGrail |
| 02/23/2006 | 3 MT | 1.30 | Review revisions to settlement agreements; e-mail to client and co-counsel regarding changes; e-mail to D. Mangel protesting |

Primary Timekeeper: 1 Tom G. Hoffman

Client: **TEXFI.00C** Bruce Erickson *(Continued)*

| | Date | Tmkr | Hour Work | Description |
|---|---|---|---|---|
| | | | | proposed changes to Trustee's indemnification obligation |
| Billable Total: | 3 MT | | 179.10 | |
| | 03/25/2003 | 4 IJR | 3.50 | Performed internet searches to locate addresses of Richard Hoffman and determine bar admission status |
| | 06/19/2003 | 4 IJR | 6.50 | Travel to North Carolina |
| | 06/19/2003 | 4 IJR | 5.50 | Reviewed documents relating to Texfi at storage facility in Rocky Mount |
| | 06/20/2003 | 4 IJR | 4.50 | Reviewed documents relating to Texfi at storage facility in Rocky Mount |
| | 06/20/2003 | 4 IJR | 10.20 | Travel from North Carolina to Boston (with flight cancellation and delay due to weather at JFK) |
| | 06/12/2005 | 4 IJR | 1.00 | Office conference with Michael Tabb and Thomas Greene to discuss relevant factual issues in preparation for document review in North Carolina |
| | 02/10/2006 | 4 IJR | 0.50 | Office conference with Thomas Hoffman re: right of contribution of joint tortfeasors and whether it applies to attorney's fees and breach of fiduciary duty |
| | 02/10/2006 | 4 IJR | 1.40 | Legal research re: right of contribution of joint tortfeasors and whether it applies to attorney's fees and breach of fiduciary duty |
| Billable Total: | 4 IJR | | 33.10 | |

**Total Billable Fees**     325.10

| R E C A P | | | | |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Fees: | 0.00 | | | | | |
| Expenses: | 0.00 | Previous Balance: | 0.00 | | | |
| Advances: | 0.00 | Payments/Credits: | 0.00 | | | |
| **Total WIP:** | 0.00 | **Balance Due:** | 0.00 | Total: | **0.00** | |

| A/ | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# EXHIBIT 6

```
====================================================================================
File #      21606.001                    Re: BREACH OF CONTRACT (BUSINESS)
Client Name: TEXFI, THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
Resp Type: WTC          Last billed  00/00/00      ALL ENTRIES BEING BILLED
```

| TYPE | DATE | T/K | B/C LIT | TIME | RATE | AMOUNT | HOLD |
|------|------|-----|---------|------|------|--------|------|
| B | 01/16/03 | CPB | T | 1.00 | 450.00 | 450.00 | |

TEXFI -- CONFERENCE WITH TOM HOFFMAN; CONFERENCE WITH TOM COMERFORD;

| | | | | | | | |
|------|------|-----|---------|------|------|--------|------|
| B | 02/06/03 | CPB | T | 1.00 | 450.00 | 450.00 | |

TEXFI -- TELEPHONE CONFERENCE WITH TOM HOFFMAN IN BOSTON REGARDING MEETING; REVIEW NOTES;

| | | | | | | | |
|------|------|-----|---------|------|------|--------|------|
| B | 03/05/03 | CPB | T | 1.00 | 450.00 | 450.00 | |

TEXFI - MEETING WITH TOM HOFFMAN;

| | | | | | | | |
|------|------|-----|---------|------|------|--------|------|
| B | 03/06/03 | CPB | T | 4.00 | 450.00 | 1,800.00 | |

TEXFI - MEETING WITH TOM HOFFMAN;

| | | | | | | | |
|------|------|-----|---------|------|------|--------|------|
| B | 03/13/03 | CPB | T | 2.00 | 450.00 | 900.00 | |

TEXFI - VARIOUS MATTERS PERTAINING TO INITIATION OF LAWSUIT; REVIEW FILE;

| | | | | | | | |
|------|------|-----|---------|------|------|--------|------|
| B | 03/13/03 | CPB | T | 2.00 | 450.00 | 900.00 | |

TEXFI - REVIEW FILE REGARDING INITIATION OF COMPLAINT;

| | | | | | | | |
|------|------|-----|---------|------|------|--------|------|
| B | 03/17/03 | CPB | T | 3.00 | 450.00 | 1,350.00 | |

TEXFI - REVISE COMPLAINT; REVIEW FILE; VARIOUS MATTERS PERTAINING TO FINALIZING COMPLAINT FOR FILING; TELEPHONE CONFERENCE WITH MICHAEL TARR; CONFERENCES WITH TOM COMERFORD;

| | | | | | | | |
|------|------|-----|---------|------|------|--------|------|
| B | 03/17/03 | WTC | T | 2.50 | 550.00 | 1,375.00 | |

TEXFI; WORK ON COMPLAINT; CONFERENCE WITH CLIFF BRITT; CONFERENCE WITH TOM HOFFMAN; RELATED SERVICES;

| | | | | | | | |
|------|------|-----|---------|------|------|--------|------|
| B | 03/24/03 | WTC | T | 6.00 | 550.00 | 3,300.00 | |

TEXFI; REVIEW FILE; PREPARATION FOR MEETING WITH TOM HOFFMAN;

| | | | | | | | |
|------|------|-----|---------|------|------|--------|------|
| B | 03/25/03 | WTC | T | 7.00 | 550.00 | 3,850.00 | |

TEXFI; PREPARATION FOR MEETING; TRAVEL TO BOSTON;

| | | | | | | | |
|------|------|-----|---------|------|------|--------|------|
| B | 03/26/03 | WTC | T | 10.00 | 550.00 | 5,500.00 | |

TEXFI; PREPARATION FOR MEETING; MEETING WITH TOM HOFFMAN, CLIENTS AND AUDITORS;

| | | | | | | | |
|------|------|-----|---------|------|------|--------|------|
| B | 03/27/03 | WTC | T | 5.00 | 550.00 | 2,750.00 | |

========================================================================
File #       21606.001                   Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
  Resp Tkpr: WTC        Last billed  00/00/00     ALL ENTRIES BEING BILLED

          TEXFI: RETURN TRAVEL;

  B    03/27/03  CPB   T        1.00    450.00        450.00
          TEXFI - CONFERENCE REGARDING VARIOUS MATTERS; REVIEW
          CORRESPONDENCE;

  B    03/28/03  KJW   T        1.50    250.00        375.00
          MEETING WITH WTC AND CB
          REGARDING INITIAL DISCUSSION
          OF CASE; WORK ON CASE

  B    03/28/03  WTC   T        3.00    550.00      1,650.00
          TEXFI: OFFICE CONFERENCE WITH CLIFF BRITT AND KEVIN
          WILLIAMS; WORK ON FILE;

  B    03/30/03  WTC   T        1.00    550.00        550.00
          TEXFI: WORK ON FILE;

  B    03/31/03  KJW   T         .25    250.00         62.50
          REVIEW EMAILS REGARDING
          REQUEST DOCS FROM SCHRODER AND
          CO. REGARDING FAIRNESS
          OPINION

  B    03/31/03  KJW   T        1.00    250.00        250.00
          BEGIN INITIAL REVIEW OF DOCS

  B    04/01/03  CPB   T        1.00    450.00        450.00
          TEXFI - CONFERENCE REGARDING DISCOVERY AND DOCUMENTS;

  B    04/02/03  CPB   T        1.00    450.00        450.00
          TEXFI - CONFERENCE REGARDING DOCUMENTS AND SERVICE OF
          COMPLAINT;

  B    04/04/03  CPB   T        1.00    450.00        450.00
          TEXFI - REVIEW COMPLAINT; CONFERENCE REGARDING SERVICE OF
          COMPLAINT;

  B    04/07/03  CPB   T        1.00    450.00        450.00
          TEXFI - CONFERENCE REGARDING SCANNING DOCUMENTS FOR DIGITAL
          RETRIEVAL;

  B    04/08/03  CPB   T        1.00    450.00        450.00
          REVIEW FILE; RESEARCH
          REGARDING SERVICE OF SUMMONSES

FROM: 03/01/03        COMERFORD & BRITT, LLP        PAGE   3
THRU: 03/07/06
TIME: 10:51:43     STATEMENT REVIEWS (PRE-BILLS)    BY
File type: ALL                                 Matter: ALL
==============================================================================
File #    21606.001          Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC      Last billed  00/00/00    ALL ENTRIES BEING BILLED

       AND COMPLAINT;

| B | 04/10/03 WTC | T | .50 | 550.00 | 275.00 |
|---|---|---|---|---|---|

WORK ON FILE;

| B | 04/14/03 WTC | T | .50 | 550.00 | 275.00 |

TELEPHONE CONFERENCE WITH TOM
HOFFMAN; TELEPHONE CONFERENCE
WITH TOM GILREATH;

| B | 04/15/03 WTC | T | 1.00 | 550.00 | 550.00 |

TELEPHONE CONFERENCE WITH TOM
GILREATH;

| B | 04/20/03 WTC | T | 2.00 | 550.00 | 1,100.00 |

CONFERENCE WITH CLIFF BRITT;
PREPARATION FOR CONFERENCE;
RELATED SERVICES;

| B | 04/21/03 WTC | T | 7.50 | 550.00 | 4,125.00 |

PREPARATION FOR TRIP TO ROCKY
MOUNT; TRAVEL TO ROCKY MOUNT;
CONFERENCE WITH TOM GILREATH;
INSPECT DOCUMENTS; RETURN
TRAVEL; RELATED SERVICES;

| B | 04/22/03 CPB | T | 7.00 | 450.00 | 3,150.00 |

TRAVEL TO AND FROM ROCKY
MOUNT; MEETING WITH TOM
GILREATH; REVIEW DOCUMENTS;
RELATED MATTERS;

| B | 04/24/03 WTC | T | 1.00 | 550.00 | 550.00 |

TELEPHONE CONFERENCE WITH TOM
HOFFMAN; WORK ON FILE;

| B | 04/24/03 WTC | T | 1.00 | 550.00 | 550.00 |

WORK ON FILE;

| B | 04/30/03 WTC | T | 1.00 | 550.00 | 550.00 |

WORK ON SERVICE ISSUES;
CONFERENCE WITH CLIFF BRITT;
RELATED SERVICES;

| B | 05/05/03 WTC | T | 2.00 | 550.00 | 1,100.00 |

====================================================================
File #        21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC          Last billed  00/00/00      ALL ENTRIES BEING BILLED

|   | Date | Tkpr | | Hours | Rate | Amount |
|---|------|------|--|-------|------|--------|
|   |      |      |  |       |      |        |

        WORK ON FILE; TELEPHONE
        CONFERENCE WITH DAVID
        EISEMAN;

B   05/06/03  WTC   T        2.00     550.00       1,100.00
        WORK ON DOCUMENT REVIEW,
        COPYING AND ORGANIZATION;

B   05/07/03  WTC   T        2.00     550.00       1,100.00
        WORK ON FILE; VARIOUS
        CONFERENCE WITH DEFENSE
        COUNSEL; RELATED SERVICES;

B   05/09/03  WTC   T        1.50     550.00         825.00
        VARIOUS MATTERS;

B   05/12/03  WTC   T        1.00     550.00         550.00
        VARIOUS CORRESPONDENCE TO AND
        FROM TOM HOFFMAN;

B   05/14/03  WTC   T        1.50     550.00         825.00
        RECEIPT AND REVIEW OF
        CORRESPONDENCE; CORRESPONDENCE
        TO KEN CARLSON AND DAVID
        EISEMAN; CORRESPONDENCE TO TOM
        HOFFMAN;

B   05/15/03  WTC   T        1.00     550.00         550.00
        RECEIPT AND REVIEW
        CORRESPONDENCE AND NOTICE OF
        REMOVAL; CORRESPONDENCE TO TOM
        HOFFMAN;

B   05/16/03  WTC   T         .50     550.00         275.00
        WORK ON FILE;

B   05/19/03  WTC   T         .75     550.00         412.50
        TELEPHONE CONFERENCE WITH TOM
        HOFFMAN;

B   05/20/03  WTC   T        1.00     550.00         550.00
        WORK ON FILE; TELEPHONE
        CONFERENCE WITH TOM HOFFMAN;
        RELATED SERVICES;

B   05/21/03  WTC   T        1.00     550.00         550.00

=================================================================
File #      21606.001                Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
  Resp Tkpr: WTC        Last billed  00/00/00     ALL ENTRIES BEING BILLED

          RECEIPT AND REVIEW
          CORRESPONDENCE FROM CLERK OF
          COURT WITH COPY OF COURT
          FILE;

   B    05/27/03  WTC    T         1.00    550.00        550.00
          WORK ON FILE; CORRESPONENCE
          FROM REG COMBS; CONFERENCE
          WITH KEVIN WILLIAMS;

   B    05/29/03  WTC    T         1.00    550.00        550.00
          RECEIPT AND REVIEW OF
          CORRESPONDENCE AND ORDER; WORK
          ON FILE;

   B    05/30/03  WTC    T          .50    550.00        275.00
          CORRESPONDENCE FROM AND TO TOM
          HOFFMAN;

   B    06/02/03  WTC    T          .75    550.00        412.50
          WORK ON SCHEDULING DOCUMENT
          INSPECTION;

   B    06/03/03  WTC    T         1.50    550.00        825.00
          TELEPHONE CONFERENCE WITH
          MICHAEL TABB; TELEPHONE
          CONFERENCE WITH REG COMBS;
          REVIEW MOTION;

   B    06/04/03  CPB    T         1.00    450.00        450.00
          REVIEW CORRESPONDENCE;

   B    06/10/03  WTC    T         1.50    550.00        825.00
          RECEIPT AND REVIEW OF MOTION
          AND ORDER; RECEIPT AND REVIEW
          OF ORDER; WORK ON DEPOSITION
          NOTICES;

   B    06/11/03  WTC    T         2.00    550.00      1,100.00
          TELEPHONE CONFERENCE WITH
          MICHAEL TABB;

   B    06/12/03  CPB    T         1.00    450.00        450.00
          REVIEW FILE; REVIEW
          CORRESPONDENCE; CONFERENCE

==============================================================================
File #        21606.001                Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
   Fee type: (NORMAL BILLING FILE) Format  25
  Resp Tkpr: WTC          Last billed  00/00/00      ALL ENTRIES BEING BILLED

          REGARDING SAME;

  B    06/13/03  SVB    T           .75     65.00          48.75
          RESEARCH RE: NY CASE

  B    06/18/03  KJW    T          3.00    250.00         750.00
          REVIEW FILE; WORK ON TRAVEL
          PLANS TO ROCKY MOUNT.

  B    06/19/03  WTC    T          8.00    550.00       4,400.00
          TRAVEL TO ROCKY MOUNT, NORTH
          CAROLINA FOR DOCUMENT REVIEW;

  B    06/19/03  KJW    T          3.00    250.00         750.00
          REVIEW DOCS AND PLEADINGS IN
          PREPARATION OF TRIP TO ROCKY
          MOUNT, NC FOR DOCUMENT
          REVIEW.

  B    06/19/03  KJW    T          7.00    250.00       1,750.00
          TRAVEL TO ROCKY MOUNT, NC AND
          DOCUMENT REVIEW.

  B    06/20/03  WTC    T          8.00    550.00       4,400.00
          ATTEND DOCUMENT REVIEW; RETURN
          TRAVEL;

  B    06/20/03  KJW    T         12.00    250.00       3,000.00
          DOCUMENT REVIEW; OBTAIN AND
          LOAD U-HAUL WITH DOCS; RETURN
          TRAVEL FROM ROCKY MOUNT WITH
          U-HAUL; UNLOAD DOCS AT STORAGE
          FACILITY AND DROP OFF VEHICLE.

  B    06/20/03  SVB    T          5.00     65.00         325.00
          RESEARCH ON ANDREW PARISE

  B    06/23/03  WTC    T           .50    550.00         275.00
          TELEPHONE CONFERENCE WITH KEN
          CARLSON;

  B    06/24/03  CPB    T          1.00    450.00         450.00
          REVIEW CORRESPONDENCE;

  B    06/25/03  WTC    T          1.00    550.00         550.00

=================================================================================
File #        21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
  Resp Tkpr: WTC          Last billed  00/00/00     ALL ENTRIES BEING BILLED

         TELEPHONE CONFERENCE WITH TOM
         HOFFMAN;

   B    06/25/03  KJW   T       4.00     250.00      1,000.00
         REVIEW DOCS IN PREPARATION OF
         DRAFTING BRIEF AND RESONSE TO
         PARISE'S MOTION TO
         DISMISS/TRANSFER VENUE.

   B    06/26/03  KJW   T       3.25     250.00        812.50
         LEGAL RESEARCH REGARDING TIME
         LIMITS FOR FILING OF BRIEFS;
         PERSONAL JURISDICTION AND
         VENUE; MEETING WITH WTC
         REGARDING DRAFT BRIEF; EMAIL
         TO WTC REGARDING TIME FOR
         FILING BRIEFS.

   B    06/27/03  KJW   T       5.50     250.00      1,375.00
         WORK ON MOTION TO CONDUCT
         LIMITED DISCOVERY AS TO
         DEFENDANT PARISE PRIOR TO
         RULING ON MOTION TO DISMISS;
         WORK ON MEMORANDUM IN SUPPORT
         OF MOTION.

   B    06/29/03  KJW   T       2.50     250.00        625.00
         WORK ON MEMORANDUM IN SUPPORT
         OF MOTION TO CONDUCT PARISE'S
         DEPOSITION.

   B    06/29/03  KJW   T        .50     250.00        125.00
         WORK ON MOTION

   B    06/29/03  KJW   T        .25     250.00         62.50
         EMAILS TO WTC.

   B    06/30/03  KJW   T       2.50     250.00        625.00
         FINISH MOTION AND BRIEF TO
         CONDUCT PARISE'S DEPOSITION
         PRIOR TO MOTION TO DISMISS AND
         TO TRANSFER; SERVE MOTION AND
         BRIEF ON COUNSEL.

   B    06/30/03  KJW   T        .25     250.00         62.50

=============================================================================
File #       21606.001              Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC        Last billed  00/00/00     ALL ENTRIES BEING BILLED

            EMAIL TO/FROM SUSAN NORTON
            REGARDING SERVICE OF
            SUBPOENA.

   B    07/01/03  KJW    T          12.00      250.00      3,000.00
            WORK ON BRIEF AND RESPONSE TO
            TAKE DEPO OF REMAINING
            DEFENDANTS (REMLEY, ET AL)
            PRIOR TO MOTION TO DISMISSAL
            AND TO TRANSFER; EMAILS TO WTC
            AND JENNY SURMONS.

   B    07/02/03  KJW    T           4.00      250.00      1,000.00
            WORK ON REVISIONS TO BRIEF AND
            RESPONSE TO TAKE DEPO OF
            REMAINING DEFENDANTS (REMLEY,
            ET AL) PRIOR TO MOTION TO
            DISMISS AND TO TRANSFER;
            EMAILS TO/FROM WTC; PREPARE
            DOCS FOR FILING AND SERVICE.

   B    07/08/03  WTC    T            .50      550.00        275.00
            WORK ON FILE;

   B    07/08/03  KJW    T            .25      250.00         62.50
            EMAILS TO/FROM FIRM MEMBERS
            REGARDING DEFENDANT PARISE'S
            CONTACTS IN NC.

   B    07/17/03  WTC    T            .50      550.00        275.00
            RECEIPT AND REVIEW OF REPLY
            BRIEF;

   B    07/17/03  KJW    T            .25      250.00         62.50
            REVIEW PARISE'S REPLY BRIEF.

   B    07/21/03  WTC    T           1.50      550.00        825.00
            RECEIPT AND REVIEW OF BRIEF;

   B    08/13/03  KJW    T            .50      250.00        125.00
            RESEARCH DOCUMENT MANAGEMENT
            COMPANIES; SCHEDULE MEETING
            WITH DOCUMENT COMPANY.

   B    08/13/03  KJW    T           2.50      250.00        625.00

=============================================================================
File #      21606.001                Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC          Last billed  00/00/00      ALL ENTRIES BEING BILLED

         DOCUMENT REVIEW.

  B    08/14/03  KJW    T          7.00    250.00      1,750.00
         DOCUMENT REVIEW; DICTATE
         SUMMARY OF DOCS.

  B    08/15/03  KJW    T          4.00    250.00      1,000.00
         DOCUMENT REVIEW.

  B    08/29/03  KJW    T          2.50    250.00        625.00
         WORK ON DOCUMENT REVIEW.

  B    09/24/03  WTC    T          1.50    550.00        825.00
         RECEIPT AND REVIEW OF ORDER OF
         REMAND TO STATE COURT;

  B    09/29/03  WTC    T          2.00    550.00      1,100.00
         WORK ON FILE; TELEPHONE
         CONFERENCE WITH TOM GREENE AND
         MICHAEL TABB; MEMO TO KEVIN
         WILLIAMS;

  B    09/30/03  WTC    T          1.50    550.00        825.00
         WORK ON FILE REGARDING
         WITNESSES CONFERENCE AND
         JUDICIAL RESEARCH;

  B    09/30/03  KJW    T          3.50    250.00        875.00
         LEGAL RESEARCH REGARDING
         PERSONAL JURISDICTION OVER
         OFFICES/DIRECTORS OF LOCAL
         COMPANIES.

  B    10/01/03  WTC    T          2.00    550.00      1,100.00
         WORK ON FILE;

  B    10/06/03  KJW    T           .25    250.00         62.50
         TELEPHONE CALL TO NATIONWIDE
         REGARDING RELEASE OF
         VEHICLE.

  B    10/06/03  KJW    T           .50    250.00        125.00
         WORK ON MEMO REGARDING
         JURISDICTION.

  B    10/07/03  WTC    T          2.75    550.00      1,512.50

=================================================================================
File #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC          Last billed  00/00/00      ALL ENTRIES BEING BILLED

```
         REVIEW FILE; WORK ON WITNESS
         IDENTIFICATION;

  B   10/07/03 KJW   T      4.50    250.00      1,125.00
         LEGAL RESEARCH REGARDING
         JURISDICTIONAL ISSUES; WORK ON
         DRAFT OF MEMORANDUM OF LAW
         (LONG) REGARDING PERSONAL
         JURISDICTION.

  B   10/07/03 KJW   T      8.00    250.00      2,000.00
         WORK ON MEMO (LONG) REGARDING
         WHETHER NC COURTS HAVE
         PERSONAL JURISDICTION OVER
         INDIVIDUAL DEFENDANTS; LEGAL
         RESEARCH REGARDING
         JURISDICTION ISSUES.

  B   10/08/03 WTC   T      2.50    550.00      1,375.00
         OFFICE CONFERENCE WITH KEVIN
         WILLIAMS; WORK ON FILE;

  B   10/09/03 WTC   T      2.00    550.00      1,100.00
         WORK ON FILE REGARDING
         JUDICIAL ISSUE; OFFICE
         CONFERENCE WITH KEVIN
         WILLIAMS;

  B   10/09/03 KJW   T      3.50    250.00        875.00
         WORK ON MEMO REGARDING
         PERSONAL JURISDICTION; EMAIL
         TO WTC REGARDING ANALYSIS;
         MEETING WITH WTC REGARDING
         CEASE WORK ON MEMO TO WORK ON
         ESTABLISHING JURISDICTIONAL
         CONTACTS EMAIL TO WTC
         REGARDING CEASE WORK ON MEMO.

  B   10/10/03 WTC   T      1.50    550.00        825.00
         REVIEW OBJECTIONS;
         CORRESPONDENCE TO TOM HOFFMAN;
         RECEIPT AND REVIEW OF
         OBJECTION; RELATED SERVICES;

  B   10/13/03 KJW   T       .50    250.00        125.00
```

============================================================================
File #        21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC          Last billed  00/00/00     ALL ENTRIES BEING BILLED

         RESEARCH RULES REGARDING TIME
         FOR SERVICE; EMAILS

   B   10/14/03  WTC   T        1.50    550.00        825.00
         OFFICE CONFERENCE WITH KEVIN
         WILLIAMS; RELATED SERVICES;

   B   10/14/03  KJW   T        5.00    250.00      1,250.00
         REVIEW DEFENDANT'S OBJECTIONS
         TO MAGISTRATE'S RECOMMENDATION
         TO REMAND CASE; WORK ON BRIEF
         IN OPPOSITION TO OBJECTIONS;
         LEGAL RESEARCH REGARDING
         SUBJECT MATTER JURISDICTION;
         EMAIL TO MIKE TABB.

   B   10/15/03  KJW   T        5.00    250.00      1,250.00
         LEGAL RESEARCH REGARDING BRIEF
         IN RESPONSE TO DEFENDANT'S
         OBJECTIONS TO MAGISTRATE'S
         RECOMMENDATION; WORK ON
         BRIEF.

   B   10/16/03  KJW   T        2.00    250.00        500.00
         REVIEW LEGAL RESEARCH
         REGARDING DIVERSITY
         JURISDICTION; TELEPHONE CALL
         TO MIKE TABB REGARDING
         AFFIDAVIT.

   B   10/20/03  KJW   T        6.00    250.00      1,500.00
         WORK ON BRIEF.

   B   10/21/03  KJW   T        3.00    250.00        750.00
         WORK ON BRIEF IN RESPONSE TO
         OBJECTION TO MAGISTRATE'S
         DECISION.

   B   10/22/03  KJW   T        2.00    250.00        500.00
         WORK ON BRIEF IN RESPONSE TO
         DEFENDANT'S OBJECTION TO
         MAGISTRATE.

   B   10/23/03  KJW   T        3.00    250.00        750.00
         WORK ON BRIEF IN RESPONSE TO

========================================================================
File #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
   Fee type: (NORMAL BILLING FILE) Format  25
  Resp Tkpr: WTC        Last billed  00/00/00      ALL ENTRIES BEING BILLED

```
            DEFENDANT'S OBJECTION TO
            MAGISTRATE'S RECOMMENDATION.

  B    10/24/03  WTC   T       1.50    550.00        825.00
            CONFERENCE WITH KEVIN
            WILLIAMS; WORK ON BRIEF;

  B    10/24/03  KJW   T       8.50    250.00      2,125.00
            WORKED ON BRIEF IN RESPONSE TO
            DEFENDANT'S OBJECTION TO
            MAGISTRATE'S RECOMMENDATION;
            LEGAL RESEARCH REGARDING
            AMENDMENT OF NOTICE OF REMOVAL
            TO ADD JURISDICTIONAL BASIS;
            REVIEW DEFENDANT'S MOTION TO
            AMEND NOTICE OF REMOVAL.

  B    10/26/03  WTC   T       1.00    550.00        550.00
            CONFERENCE WITH KEVIN
            WILLIAMS; REVIEW BRIEF;

  B    10/26/03  KJW   T       2.00    250.00        500.00
            WORKED ON BRIEF.

  B    10/27/03  WTC   T        .50    550.00        275.00
            CONFERENCE WITH KEVIN
            WILLIAMS; WORK ON BRIEF;

  B    10/27/03  KJW   T       6.00    250.00      1,500.00
            WORKED ON BRIEF; PREPARED
            DOCUMENT FOR FILING; WORKED ON
            REVISIONS TO BRIEF; MEETING
            WITH WTC REGARDING SUBSTANCE
            OF BRIEF.

  B    10/28/03  WTC   T        .50    550.00        275.00
            CONFERENCE WITH KEVIN
            WILLIAMS;

  B    11/14/03  KJW   T        .50    250.00        125.00
            REVIEW REPLY TO OUR RESPONSE
            BRIEF; LEGAL RESEARCH
            REGARDING REPLY BRIEFS; EMAIL
            TO WTC.

  B    11/26/03  KJW   T        .50    250.00        125.00
```

=====================================================================
File #　　21606.001　　　　　　　　Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
　Fee type: (NORMAL BILLING FILE) Format  25
　Resp Tkpr: WTC　　　　Last billed  00/00/00　　ALL ENTRIES BEING BILLED

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   |   |   | LEGAL RESEARCH REGARDING DEFENDANT'S REPLY BRIEFS; EMAIL TO WTC. |   |   |   |
| B | 12/04/03 | WTC | T | 1.00 | 550.00 | 550.00 |
|   |   |   | RECEIPT AND REVIEW MAGISTRATE'S RECOMMENDATION; CONFERENCE WITH KEVIN WILLIAMS; RELATED SERVICES; |   |   |   |
| B | 12/05/03 | WTC | T | .50 | 550.00 | 275.00 |
|   |   |   | CORRESPONDENCE TO TOM HOFFMAN; |   |   |   |
| B | 12/05/03 | KJW | T | .50 | 250.00 | 125.00 |
|   |   |   | REVIEW DEFENDANT'S REPLY BRIEF; SCHEDULE DEADLINE |   |   |   |
| B | 12/18/03 | WTC | T | 1.50 | 550.00 | 825.00 |
|   |   |   | CORRESPONDENCE TO TOM HOFFMAN; REVIEW DEFENDANTS' BRIEF; MEMORANDUM TO KEVIN WILLIAMS; RELATED SERVICES; |   |   |   |
| B | 01/06/04 | WTC | T | 1.50 | 550.00 | 825.00 |
|   |   |   | REVIEW AND REVISE OF BRIEF; |   |   |   |
| B | 01/07/04 | TTY | T | .50 | 200.00 | 100.00 |
|   |   |   | REVIEW PLAINTIFF'S BRIEF OPPOSING REMOVAL TO FEDERAL COURT. |   |   |   |
| B | 01/29/04 | WTC | T | 1.00 | 550.00 | 550.00 |
|   |   |   | TELEPHONE CONFERENCE WITH BRUCE ERICKSON; |   |   |   |
| B | 02/04/04 | WTC | T | 1.00 | 550.00 | 550.00 |
|   |   |   | TELEPHONE CONFERENCE WITH BRUCE ERIKSON; CORESPONDENCE TO BRUCE ERIKSON; WORK ON BUDGET; RELATED SERVICES; |   |   |   |
| B | 02/10/04 | WTC | T | .50 | 550.00 | 275.00 |
|   |   |   | CORRESPONDENCE FROM AND TO TOM GREENE; |   |   |   |

FROM: 03/01/03
THRU: 03/07/06
TIME: 10:51:43
File type: ALL

COMERFORD & BRITT, LLP

STATEMENT REVIEWS (PRE-BILLS)

PAGE 14

BY

Matter: ALL

==============================================================================
File #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
   Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC          Last billed  00/00/00     ALL ENTRIES BEING BILLED
==============================================================================

B   02/18/04  WTC   T        1.00    550.00        550.00
              CORRESPONDENCE FROM AND TO TOM
              HOFFMAN; E-MAIL TO STEPHEN
              GRAY; RELATED SERVICES;

B   02/24/04  KJW   T         .25    250.00         62.50
              TELEPHONE CALL FROM BUDGET
              STORAGE REGARDING MOISTURE
              ISSUES.

B   04/02/04  WTC   T         .50    550.00        275.00
              TELEPHONE CONFERENCE WITH
              DAVID MCRAIL;

B   04/23/04  WTC   T        1.00    550.00        550.00
              TELEPHONE CONFERENCE WITH
              BRUCE ERICKSON; WORK ON FILE;
              CONFERENCE WITH KEVIN
              WILLIAMS; RELATED SERVICES;

B   05/06/04  WTC   T         .50    550.00        275.00
              MEMORANDUM TO KEVIN WILLIAMS
              REGARDING MOTION TO DISMISS
              AND DISCOVERY;

B   05/10/04  WTC   T        1.50    550.00        825.00
              RECEIPT AND REVIEW OF MOTION
              TO DISMISS AND AFFIDAVITS;
              CORRESPONDENCE TO DEFENSE
              COUNSEL;

B   05/14/04  WTC   T        1.00    550.00        550.00
              WORK ON FILE; REVIEW OF
              MOTION; CONFERENCE WITH KEVIN
              WILLIAMS;

B   05/17/04  WTC   T         .75    550.00        412.50
              CONFERENCE WITH KEVIN
              WILLIAMS; WORK ON MOTIONS;
              RELATED SERVICES;

B   05/18/04  WTC   T        1.50    550.00        825.00
              CONFERENCE WITH KEVIN WILLIAMS
              REGARDING JUDICIAL ISSUES;

=======================================================================
File #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
   Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC         Last billed  00/00/00     ALL ENTRIES BEING BILLED

              TELEPHONE CONFERENCE WITH
              DAVID EISEMAN;

    B    05/19/04  WTC   T        1.50    550.00        825.00
              WORK ON JUDICIAL ISSUES;

    B    05/20/04  WTC   T        1.00    550.00        550.00
              WORK ON FILE;

    B    05/21/04  WTC   T        1.00    550.00        550.00
              CONFERENCE WITH KEVIN
              WILLIAMS; TELEPHONE CONFERENCE
              WITH DAVID EISEMAN;

    B    05/25/04  WTC   T        1.00    550.00        550.00
              WORK ON SCHEDULING
              DEPOSITIONS;

    B    05/26/04  WTC   T         .75    550.00        412.50
              RECEIPT AND REVIEW
              CORRESPONDENCE FROM REG COMBS
              REGARDING DEPOSITION OF
              DEFENDANT KARP;

    B    06/02/04  WTC   T         .50    550.00        275.00
              TELEPHONE CONFERENCE WITH
              DAVID EISEMAN;

    B    06/03/04  WTC   T         .50    550.00        275.00
              TELEPHONE CONFERENCE WITH
              DAVID EISEMAN;

    B    06/04/04  WTC   T        1.00    550.00        550.00
              REVIEW MOTIONS; CONFERENCE
              WITH KEVIN WILLIAMS;

    B    06/07/04  WTC   T         .75    550.00        412.50
              CONFERENCE WITH KEVIN
              WILLIAMS; WORK ON FILE;

    B    06/16/04  WTC   T        1.00    550.00        550.00
              CORRESPONDENCE FROM AND TO
              DAVID EISEMAN; RECEIPT AND
              REVIEW OF CORRESPONDENCE FROM
              REG COMBS; RELATED SERVICES;

=============================================================================
File #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
   Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC          Last billed  00/00/00      ALL ENTRIES BEING BILLED


B    06/28/04  WTC    T       1.50    550.00        825.00
        WORK ON FILE REGARDING
        DEPOSITION OF DEFENDANTS;
        CONFERENCE WITH DAVID EISEMAN
        AND JAMIE FOREMAN; RELATED
        SERVICES;

B    07/06/04  WTC    T        .75    550.00        412.50
        VARIOUS MATTERS;

B    07/27/04  WTC    T       1.50    550.00        825.00
        TELEPHONE CONFERENCES WITH
        COUNSEL; WORK ON SCHEDULING
        DEPOSITIONS;

B    07/29/04  WTC    T       1.00    550.00        550.00
        WORK ON SCHEDULING
        DEPOSITIONS;

B    08/01/04  WTC    T       1.25    550.00        687.50
        REVIEW TRUST AGREEMENT;

B    08/02/04  WTC    T       1.00    550.00        550.00
        WORK ON DEPOSITIONS;
        CONFERENCE WITH KEVIN
        WILLIAMS; RELATED SERVICES;

B    08/13/04  WTC    T       3.00    550.00      1,650.00
        PREPARATION FOR DEPOSITIONS ON
        JURISDICTIONAL ISSUES; RELATED
        SERVICES;

B    08/14/04  WTC    T       3.00    550.00      1,650.00
        WORK ON FILE; PREPARATION FOR
        DEPOSITIONS;

B    08/15/04  WTC    T       3.50    550.00      1,925.00
        REVIEW FILE; PREPARATION FOR
        DEPOSITIONS OF DEFENDANTS;

B    08/16/04  WTC    T       3.00    550.00      1,650.00
        PREPARATION FOR DEPOSITIONS;

B    08/17/04  WTC    T       2.00    550.00      1,100.00

FROM: 03/01/03        COMERFORD & BRITT, LLP        PAGE  17
THRU: 03/07/06
TIME: 10:51:43     STATEMENT REVIEWS (PRE-BILLS)    BY
File type: ALL                                 Matter: ALL
==================================================================
File #    21606.001          Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
  Resp Tkpr: WTC      Last billed  00/00/00     ALL ENTRIES BEING BILLED

      WORK ON FILE;

B   08/18/04  WTC   T      2.00    550.00     1,100.00
     WORK ON FILE;

B   08/19/04  WTC   T      7.00    550.00     3,850.00
     WORK ON FILE; CONFERENCE WITH
     KEVIN WILLIAMS; WORK ON
     DEPOSITIONS;

B   08/20/04  WTC   T      3.00    550.00     1,650.00
     PREPARATION FOR DEPOSITIONS;
     ORGANIZE FILES; RELATED
     SERVICES;

B   08/21/04  WTC   T      3.00    550.00     1,650.00
     PREPARATION FOR DEPOSITIONS;

B   08/23/04  WTC   T    10.00    550.00     5,500.00
     TRAVEL TO NEW YORK FOR
     DEPOSITIONS OF DIRECTORS;
     PREPARATION FOR DEPOSITIONS;

B   08/24/04  WTC   T    10.00    550.00     5,500.00
     CONDUCT DEPOSITIONS OF REMLEY
     AND HOFFMAN; PREPARATION FOR
     CONTINUING DEPOSITIONS;

B   08/25/04  WTC   T    10.50    550.00     5,775.00
     CONDUCT DEPOSITIONS OF
     SCHENKER AND PARISE;
     PREPARATION FOR CONTINUING
     DEPOSITIONS;

B   08/26/04  WTC   T     9.50    550.00     5,225.00
     CONDUCT DEPOSITIONS OF KARP
     AND KRAMER;

B   08/27/04  WTC   T     4.00    550.00     2,200.00
     RETURN TRAVEL;

B   08/29/04  WTC   T     1.50    550.00      825.00
     WORK ON FILE; RECEIPT AND
     REVIEW OF MOTIONS; RELATED
     SERVICES;

=============================================================================
File #      21606.001              Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC         Last billed  00/00/00      ALL ENTRIES BEING BILLED


B     09/02/04  WTC    T        1.75     550.00         962.50
          RECEIPT AND REVIEW MOTIONS TO
          DISMISS;

B     09/03/04  WTC    T        2.00     550.00       1,100.00
          TELEPHONE CONFERENCE WITH
          DAVID EISEMAN;

B     09/08/04  WTC    T        3.00     550.00       1,650.00
          WORK ON RESPONSE TO MOTION TO
          DISMISS;

B     09/08/04  WTC    T        5.00     550.00       2,750.00
          WORK ON BRIEF; PREPARATION FOR
          HEARING;

B     09/09/04  SVB    T         .75      65.00          48.75
          REVIEWED CREDITOR'S BRIEF,
          LIST OF CREDITORS

B     09/10/04  WTC    T        3.00     550.00       1,650.00
          PREPARATION FOR HEARING;

B     09/12/04  WTC    T        4.00     550.00       2,200.00
          TELEPHONE CONFERENCE WITH
          KEVIN WILLIAMS; PREPARATION
          FOR HEARING;

B     09/13/04  WTC    T        5.00     550.00       2,750.00
          PREPARATION FOR HEARING;
          APPEARANCE IN SUPERIOR COURT;
          CONFERENCE WITH DEFENSE
          COUNSEL; ARGUMENT IN COURT
          RESULTING IN DENIAL OF ALL
          MOTIONS TO DISMISS;
          CORRESPONDENCE TO TOM HOFFMAN;
          RELATED SERVICES;

B     09/14/04  WTC    T        2.50     550.00       1,375.00
          CONFERENCE WITH KEVIN WILLIAMS
          REGARDING ORDER DENYING
          MOTIONS TO DISMISS; E-MAIL TO
          TOM HOFFMAN;

B     09/21/04  WTC    T        2.50     550.00       1,375.00

====================================================================
File #    21606.001                 Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
   Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC          Last billed  00/00/00      ALL ENTRIES BEING BILLED

         WORK ON ORDER; WORK ON FILE;

  B    09/22/04  WTC    T        1.00    550.00        550.00
         WORK ON FILE;

  B    09/23/04  WTC    T        1.00    550.00        550.00
         WORK ON FILE;

  B    09/24/04  WTC    T        1.75    550.00        962.50
         WORK ON ORDER; CONFERENCE WITH
         KEVIN WILLIAMS; RELATED
         SERVICES;

  B    09/27/04  WTC    T        1.50    550.00        825.00
         CONFERENCE WITH JAMIE FORMAN;
         WORK ON FILE REGARDING ORDER;

  B    10/05/04  WTC    T        1.00    550.00        550.00
         WORK ON ORDER;

  B    10/05/04  SVB    T         .50     65.00         32.50
         LETTER TO NY COURT RE: KRAMER
         CASE

  B    10/06/04  WTC    T        1.00    550.00        550.00
         WORK ON ORDER;

  B    10/15/04  SVB    T         .50     65.00         32.50
         TELEPHONE CONFERENCE W/ NY
         CLERK'S OFFICE RE: kRAMER
         CASE

  B    10/18/04  SVB    T         .75     65.00         48.75
         CONFERENCE W/KEVIN WILLIAMS
         RE: COPY SERVICE;LONG DISTANCE
         CALL TO WASHINGTON DOCUMENTS;
         CALL TO COURT EXPRESS RE: COPY
         SERVICE

  B    10/19/04  SVB    T         .25     65.00         16.25
         CONFERENCE W/ KEVIN WILLIAMS
         RE: TRUSTEE; SEARCH FOR INFO
         ON COPYING SERVICE

  B    10/20/04  SVB    T         .25     65.00         16.25

==============================================================================
File #　　　 21606.001　　　　　　　　　　 Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
　 Fee type: (NORMAL BILLING FILE) Format  25
　Resp Tkpr: WTC　　　　 Last billed　00/00/00　　　 ALL ENTRIES BEING BILLED

　　　　 LONG DISTANCE CALL TO STEPHEN
　　　　 GRAY'S OFFICE

　B　 10/20/04　WTC　 T　　　　 .50　 550.00　　　 275.00
　　　　 CHECK ON STATUS OF ORDER;

　B　 10/22/04　WTC　 T　　　 1.00　 550.00　　　 550.00
　　　　 EXTENDED CONFERENCE WITH BRUCE
　　　　 ERICKSON REGARDING STATUS;

　B　 10/22/04　SVB　 T　　　　 .25　 65.00　　　 16.25
　　　　 TELEPHONE CONFERENCE W/STEPHEN
　　　　 GRAY'S OFFICE RE: KRAMER FILE;
　　　　 CONFERENCE W/ KEVIN WILLIAMS
　　　　 RE: PACER INFORMATION ON
　　　　 KRAMER CASE

　B　 10/24/04　WTC　 T　　　　 .75　 550.00　　　 412.50
　　　　 E-MAIL REGARDING CONFERENCE
　　　　 CALL; WORK ON FILE;

　B　 10/25/04　WTC　 T　　　 2.00　 550.00　　 1,100.00
　　　　 CONFERENCE WITH TOM HOFFMAN;
　　　　 WORK ON SCHEDULING CONFERENCE
　　　　 CALL;

　B　 10/26/04　WTC　 T　　　 2.00　 550.00　　 1,100.00
　　　　 RECEIPT AND REVIEW OF SIGNED
　　　　 ORDER; CORRESPONDENCE TO
　　　　 COUNSEL;

　B　 10/28/04　WTC　 T　　　 2.00　 550.00　　 1,100.00
　　　　 WORK ON DEMAND LETTER;

　B　 10/29/04　WTC　 T　　　 2.00　 550.00　　 1,100.00
　　　　 CONFERENCE WITH TOM HOFFMAN;

　B　 11/02/04　WTC　 T　　　 1.50　 550.00　　　 825.00
　　　　 RECEIPT AND REVIEW OF NOTICE
　　　　 OF APPEAL AND WORK ON FILE;

　B　 11/03/04　WTC　 T　　　 2.00　 550.00　　 1,100.00
　　　　 WORK ON FILE; RECEIPT AND
　　　　 REVIEW OF NOTICE OF APPEAL;

　B　 11/04/04　WTC　 T　　　 2.00　 550.00　　 1,100.00

=======================================================================
File #      21606.001                Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
   Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC        Last billed  00/00/00     ALL ENTRIES BEING BILLED
=======================================================================

          TELEPHONE CONFERENCE WITH REG
          COMBS; REVIEW LETTER;

   B    11/04/04  KJW    T         .25    250.00         62.50
          IDENTIFY DOCUMENTS TO OBTAIN
          FROM KRAMER V. REMLEY LAWSUIT
          IN NEW YORK

   B    11/10/04  KJW    T         .50    250.00        125.00
          TELEPHONE CALL FROM REGGIE
          COMBS RE: STAY OF CASE DUE TO
          APPEAL; REPLY EMAIL RE: STAY
          OF CASE

   B    11/14/04  WTC    T        1.75    550.00        962.50
          RECEIPT AND REIEVW OF NOTICE
          OF APPEAL OF DEFENDANT PARISE;
          CORRESPONDENCE TO TRIAL COURT
          ADMINISTRATOR; RELATED
          SERVICES;

   B    11/15/04  SVB    T         .75     65.00         48.75
          RESEARCH ON KRAMER CASE

   B    11/20/04  WTC    T        1.00    550.00        550.00
          RECEIPT AND REVIEW OF RECORD
          ON APPEAL;

   B    11/20/04  KJW    T         .50    250.00        125.00
          E-MAIL TO ATTORNEY HANDLING
          BANKRUPTCY ACTION RE: CASE
          STATUS

   B    12/08/04  KJW    T         .25    250.00         62.50
          REVIEW RULES ON RECORDS OF
          APPEAL

   B    12/10/04  KJW    T         .25    250.00         62.50
          EMAIL TO REG COMBS RE: RECORD
          ON APPEAL

   B    12/13/04  KJW    T         .50    250.00        125.00
          REVIEW EMAIL FROM REG COMBS
          RE: SETTLING RECORD ON APPEAL;
          SCHEDULING OF ADMIN. CALENDAR

===============================================================================
File #      21606.001              Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
   Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC         Last billed  00/00/00     ALL ENTRIES BEING BILLED


   B    12/13/04  WTC    T          .75   550.00        412.50
             RECEIPT AND REVIEW
             CORRESPONDENCE FOR REG COMBS;
             RELATED SERVICES;

   B    12/15/04  KJW    T          .50   250.00        125.00
             WORK ON RECORD ON APPEAL

   B    12/17/04  KJW    T          .50   250.00        125.00
             REVIEW SECOND ALTERNATIVE
             PROPOSED RECORD ON APPEAL

   B    12/20/04  WTC    T         1.50   550.00        825.00
             WORK ON RECORD ON APPEAL;
             CONFERENCE WITH KEVIN
             WILLIAMS;

   B    12/21/04  KJW    T         1.00   250.00        250.00
             RESEARCH DEADLINES FOR
             SETTLEMENT RECORD ON APPEAL;
             WORK ON PRPOSED RECORD ON
             APPEAL

   B    12/21/04  WTC    T         1.00   550.00        550.00
             CONFERENCE WITH KEVIN WILLIAMS
             REGARDING RECORD ON APPEAL;

   B    12/22/04  WTC    T         1.00   550.00        550.00
             WORK ON RECORD ON APPEAL;

   B    01/03/05  KJW    T          .25   250.00         62.50
             PREPARE FOR ADMIN CALENDAR

   B    01/04/05  KJW    T         1.25   250.00        312.50
             ATTEND ADMIN CALENDAR RE:
             TRIAL DATE

   B    01/05/05  KJW    T         1.50   250.00        375.00
             WORK ON PROPOSED RECORD ON
             APPEAL

   B    01/06/05  KJW    T         1.00   250.00        250.00
             WORK ON RECORD ON APPEAL

   B    01/07/05  KJW    T         5.50   250.00      1,375.00

=====================================================================
File #      21606.001              Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC          Last billed  00/00/00      ALL ENTRIES BEING BILLED


        WORK ON PROPOSED RECORD ON
        APPEAL

  B   01/10/05  KJW    T        2.00    250.00       500.00
        WORK ON PROPSED RECORD ON
        APPEAL

  B   01/11/05  KJW    T        7.00    250.00     1,750.00
        WORK ON RECORD ON APPEAL AND
        GATHERING DEPOSITION
        TRANSCRIPTS, EXHIBITS AND
        TRANSCRIPTOF HEARING;
        TELEPHONE CALLS TO CLERK OF
        COURT;

  B   01/11/05  WTC    T        2.00    550.00     1,100.00
        WORK ON RECORD ON APPEAL;

  B   01/12/05  KJW    T        1.00    250.00       250.00
        WORK ON RECORD ON APPEAL

  B   01/12/05  WTC    T        1.00    550.00       550.00
        WORK ON RECORD ON APPEAL;

  B   01/13/05  KJW    T        1.50    250.00       375.00
        FINALIZE PROPOSED RECORD ON
        APPEAL; PREPARE FOR SERVICE

  B   01/17/05  KJW    T        2.25    250.00       562.50
        WORK ON PREPARING EXHIBITS FOR
        APPEAL; TELEPHONE CALL FRO REG
        COMBS RE: AMEND STATEMENT OF
        JURISDICTION

  B   01/18/05  KJW    T        1.75    250.00       437.50
        PREP EXHIBIT FOR APPEAL;
        TELEPHONE CALL TO REG COMBS
        RE: STATEMENT OF JURISDICTION
        AND STIPULATION; REVIEW RULES
        RE: DEADLINES; REVISE
        STATEMENT OF JURISDICTION;
        LETTER TO COUNSEL
        RE:SAME;REVIEW LETTER FROM REG
        COMBS RE: SETTLING RECORD ON
        APPEAL

==============================================================================
File #       21606.001                 Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC        Last billed  00/00/00      ALL ENTRIES BEING BILLED


   B    01/19/05  WTC    T        .50    550.00        275.00
              CONFERENCE WITH KEVIN WILLIAMS
              REGARDING RECORD ON APPEAL;

   B    01/19/05  KJW    T        .50    250.00        125.00
              LETER TO COUNSEL RE: REVISED
              STATEMENT OF JURISDICTION;
              EMAIL TO REG COMBS RE: DEPO
              EXHIBITS

   B    01/24/05  KJW    T        .25    250.00         62.50
              REVIEW/REPLY TO EMAILS RE:
              RECORD ON APPEAL

   B    01/24/05  WTC    T       1.00    550.00        550.00
              WORK ON RECORD ON APPEAL;

   B    02/07/05  WTC    T        .75    550.00        412.50
              WORK ON APPEAL; RECEIPT AND
              REVIEW OF CORRESPONDENCE;

   B    02/08/05  WTC    T       1.00    550.00        550.00
              WORK ON APPEAL;

   B    02/10/05  KJW    T        .25    250.00         62.50
              EMAIL FROM DEFENDANT RE:
              AVAILABILITY OF TRANSCRIPTS

   B    02/11/05  KJW    T       1.00    250.00        250.00
              PREP APPEAL DOCUMENTS FOR
              DELIVERY TO REGGIE COMBS;
              EMAILS TO/FROM DEFENDANT;
              EMAILS TO /FROM JENNY SURMONS
              RE: DOCUMENTS

   B    02/14/05  KJW    T        .25    250.00         62.50
              RECEIVE ENTIRE PROPOSED RECORD
              ON APPEAL

   B    02/24/05  KJW    T        .25    250.00         62.50
              EMAILS WITH JENNY SURMONS RE:
              STATUS

   B    03/09/05  WTC    T       1.00    550.00        550.00

FROM: 03/01/03
THRU: 03/07/06
TIME: 10:51:43
File type: ALL

COMERFORD & BRITT, LLP

STATEMENT REVIEWS (PRE-BILLS)     BY

PAGE  25

Matter: ALL

======================================================================
File #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
   Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC         Last billed  00/00/00     ALL ENTRIES BEING BILLED

           RECEIPT AND REVIEW OF
           CORRESPONDENCE REGARDING
           APPEAL; RELATED SERVICES;

   B   03/14/05  KJW   T          .25   250.00          62.50
           REVIEW EMAILS RE: STATUS
           REPORT

   B   03/14/05  WTC   T         1.00   550.00         550.00
           CONFERENCE WITH KEVIN WILLIAMS
           REGARDING MEDIATION;
           CORRESPONDENCE FROM TOM
           HOFFMAN;

   B   03/15/05  WTC   T         1.50   550.00         825.00
           TELEPHONE CONFERENCE WITH REG
           COMBS; ATTEMPTS TO CONTACT
           DAVID EISEMAN;

   B   03/16/05  KJW   T          .25   250.00          62.50
           WORK ON REIMBUSEMENT FOR COSTS
           OF COPIES FOR APPEAL

   B   03/16/05  WTC   T         2.50   550.00       1,375.00
           TELEPHONE CONFERENCE WITH
           DAVID EISEMAN; TELEPHONE
           CONFERENCE WITH TOM HOFFMAN;
           RECEIPT AND REVIEW OF RECORD
           ON APPEAL;

   B   03/17/05  WTC   T         2.50   550.00       1,375.00
           TELEPHONE CONFERENCE WITH TOM
           HOFFMAN;

   B   03/17/05  KJW   T         1.00   250.00         250.00
           WORK ON REIMBURSEMENT FOR
           APPEAL DOCUMENTS; INVESTIGATE
           DEFENDANT'S INTREST IN
           MEDIATING CASE

   B   03/18/05  WTC   T         2.00   550.00       1,100.00
           CONFERENCE WITH BRUCE
           ERICKSON; CORRESPONDENCE TO
           MR. ERICKSON; TELEPHONE
           CONFERENCE WITH REG COMBS AND

============================================================================
File #        21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
    Fee type: (NORMAL BILLING FILE) Format  25
Resp Tkpr: WTC           Last billed   00/00/00     ALL ENTRIES BEING BILLED

        DAVID EISEMAN;

    B    03/21/05  KJW    T          .25    250.00         62.50
         REVIEW PRINTED RECORD ON
         APPEAL

    B    03/23/05  WTC    T         1.50    550.00        825.00
         E-MAIL FROM AND TO DAVID
         EISEMAN REGARDING MEDIATION;

    B    03/28/05  WTC    T         1.00    550.00        550.00
         RECEIPT AND REVIEW OF VARIOUS
         CORRESPONDENCE RGARDING
         MEDIATION AND APPEAL;

    B    03/28/05  KJW    T          .50    250.00        125.00
         EMAILS RE: MEDIATION OF CASE;
         TELEPHONE CALL  TO DAVID
         EISEMAN RE: MEDIATION

    B    04/04/05  KJW    T          .50    250.00        125.00
         WORK ON REIMBURSEMENT FOR
         COPYING CHARGES

    B    04/05/05  KJW    T          .75    250.00        187.50
         REVIEW PARISE'S MOTION FOR
         LEAVE TO BRIEF QUESTION
         UNDERLYING PENDING PETITION
         FOR WRIT OF CERT.; EMAIL TO
         TOM COMERFORD

    B    04/06/05  WTC    T         1.00    550.00        550.00
         RECEIPT AND REVIEW OF ORDER;

    B    04/08/05  WTC    T          .50    550.00        275.00
         REVIEW MOTION TO EXTEND
         BRIEFING SCHEDULE;

    B    04/12/05  KJW    T          .50    250.00        125.00
         TELPHONE CALL TO COURT RE:
         BRIEF DEADLINE; EMAILS WITH
         JENNY SURMONS

    B    04/13/05  WTC    T         1.00    550.00        550.00
         RECEIPT AND REVIEW BRIEF OF

================================================================================
File #      21606.001                 Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC        Last billed  00/00/00     ALL ENTRIES BEING BILLED

        JOEL KARP;

  B   04/27/05  WTC   T        .75    550.00        412.50
          CONFERENCE WITH KEVIN WILLIAMS
          REGARDING APPELLATE BRIEF;
          WORK ON FILE;

  B   04/27/05  KJW   T        .75    250.00        187.50
          WORK ON BRIEF AND SCHEDULING
          ISSUES; LETTER TO CLERK RE:
          DEADLINE FOR FILING

  B   05/22/05  WTC   T        .50    550.00        275.00
          E-MAIL TO DAVID EISEMAN;

  B   05/23/05  WTC   T        .75    550.00        412.50
          TELEPHONE CONFERENCE WITH
          TRUSTEE REGARDING STATUS;

  B   05/30/05  WTC   T        .75    550.00        412.50
          E-MAIL FROM AND TO DAVID
          EISEMAN REGARDING MEDIATION;

  B   06/01/05  KJW   T        .25    250.00         62.50
          EMAILS TO TOM COMERFORD RE:
          TEXFI BRIEF

  B   06/02/05  KJW   T        .25    250.00         62.50
          EMAIL TO TOM COMERFORD RE:
          BRIEF

  B   06/07/05  KJW   T       1.00    250.00        250.00
          WORK MOTION AND ORDER
          EXTENDING TIME TO FILE BRIEF;
          EMAIL TO ALL COUNSEL RE:
          CONSENT TO EXTENSION

  B   06/08/05  WTC   T       1.00    550.00        550.00
          TELEPHONE CONFERENCE WITH
          DAVID EISEMAN;

  B   06/08/05  KJW   T        .75    250.00        187.50
          DRAFT MOTION FOR EXTENSION OF
          TIME AND ORDER TO FILE BRIEF

  B   06/09/05  WTC   T       2.00    550.00      1,100.00

==============================================================================
File #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC          Last billed  00/00/00     ALL ENTRIES BEING BILLED

            TELEPHONE CONFERENCE WITH
            DAVID EISEMAN; WORK ON
            MEDIATION;

  B    06/09/05  KJW    T          .25    250.00          62.50
            SCHEDULE MEDIATION

  B    06/10/05  WTC    T          .50    550.00         275.00
            TELEPHONE CONFERENCE WITH
            DAVID EISEMAN;

  B    06/12/05  WTC    T         1.00    550.00         550.00
            TELEPHONE CONFERENCE WITH
            DAVID EISEMAN; PREPARATION FOR
            MEDIATION;

  B    06/13/05  KJW    T          .50    250.00         125.00
            CONTACT POYNER AND SPOVILL RE:
            MEDIATION; RESEARCH SUIT
            FILLINGS IN DJ ACTION

  B    06/17/05  WTC    T          .50    550.00         275.00
            WORK ON FILE REGARDING
            MEDIATION; CORRESPONDENCE TO
            COUNSEL; RELATED SERVICES;

  B    06/20/05  KJW    T         1.00    250.00         250.00
            TELEPHONE CONFERENCE WITH
            COURT OF APPEALS RE: TIMELINES
            OF BRIEF; WORK ON GETTING
            EXTENSION OF TIME; WORK ON
            APPEAL

  B    06/21/05  KJW    T          .50    250.00         125.00
            TELEPHONE CALL FROM D. EISEMAN
            RE: MEDICATION; EMAIL TO JENNY
            SURMONS

  B    06/22/05  KJW    T          .50    250.00         125.00
            TELEPHONE CALL TO JOHN CONNELL
            RE: ORDER GRANTING EXTENSION

  B    06/27/05  WTC    T         1.00    550.00         550.00
            PREPARATION FOR MEDIATION;

  B    06/27/05  KJW    T         2.00    250.00         500.00

===========================================================================
File #      21606.001                      Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
  Resp Tkpr: WTC          Last billed  00/00/00      ALL ENTRIES BEING BILLED

        BEGIN MEDIATION BRIEF; WORK ON
        GETTING PLEADINGS IN DJ
        ACTION

  B    06/28/05  WTC    T        .50    550.00        275.00
        WORK ON FILE;

  B    06/29/05  KJW    T       4.00    250.00      1,000.00
        WORK ON MEDIATION BRIEF

  B    06/30/05  SVB    T       1.50     65.00         97.50
        TELEPHONE CALL (LONG DISTANCE)
        TO MIKE TABB RE: KRAMER V.
        REMLEY; RESEARCH SUPREME COURT
        OF NY

  B    06/30/05  ARD    T        .75    175.00        131.25
        CONFERENCE WITH KEVIN WILLIAMS
        RE: STATUS OF CASE; MEDIATION
        POSITION STATEMENT AND
        APPELATE BRIEF

  B    06/30/05  KJW    T       6.00    250.00      1,500.00
        WORK ON MEDIATION AND
        APPELLATE BRIEFS; MEETING WITH
        ALAN DICKINSON RE: MEDIATION
        BRIEF; EMAIL TO MIKE TABB RE:
        BRIEF

  B    07/01/05  SVB    T       1.75     65.00        113.75
        RESEARCH RE: NY CASE

  B    07/05/05  KJW    T        .50    250.00        125.00
        EMAILS WITH CO-COUNSEL RE:
        MEDIATION BRIEF

  B    07/06/05  SVB    T       1.50     65.00         97.50
        RESEARCH NY CASE; FAX TO SONYA
        COLLINS @ GREENE AND HOFFMAN;
        CONFERENCE WITH KEVIN WILLIAMS
        RE: BRIEF EXHIBITS

  B    07/06/05  WTC    T        .50    550.00        275.00
        PREPARATION FOR MEDIATION;

  B    07/06/05  ARD    T       7.00    175.00      1,225.00

========================================================================
File #      21606.001                   Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
   Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC          Last billed   00/00/00     ALL ENTRIES BEING BILLED

          DOCUMENT REVIEW; COMPLAINT AND
          AMENDED COMPLAINT' VARIOUS
          DEPOSITIONS TRANSCRIPTS OF
          INDIVIDUAL DEFENDANTS;
          TIMELINE; LEGAL RESEARCH RE:
          SUPPORT FOR LIABILITY UNDER
          EACH THERY OF RECOVERY

   B   07/06/05 KJW   T        5.00    250.00       1,250.00
          6WORK ON MEDIATION AND
          APPELLATE BRIEF; REVIEW
          PLEADINGS FILED IN DJ ACTION

   B   07/07/05 SVB   T        1.75     65.00        113.75
          REVIEWED AND PREPARED EXHIBITS
          FOR BRIEF

   B   07/07/05 ARD   T        7.00    175.00       1,225.00
          RESEARCH AND ANALYSIS RE:
          SUPPORT FOR LIABILITY UNDER
          EACH THEORY OF RECOVERY;
          TRAVEL TO/FROM WAKE FOREST
          UNIVERSITY LAW LIBRARY;
          PREPARATION OF MEDIATION
          POSITION STATEMENT-LIABILITY
          SECTION

   B   07/07/05 KJW   T        3.50    250.00        875.00
          WORK ON TEXFI MEDIATION AND
          APPELLATE BRIEFS; EMAILS TO
          TOMCOMERFORD AND CO-COUNSEL
          RE: MEDIATION BRIEF

   B   07/08/05 ARD   T        6.50    175.00       1,137.50
          DOCUMENT PRESENTATION AND
          REVISION; LIABILITY SECTION OF
          MEDIATION POSITION STATEMENT;
          CONFERENCE WITH KEVIN WILLIAMS
          RE: 7/15 MEDIATION

   B   07/08/05 WTC   T        1.50    550.00        825.00
          PREPARATION FOR MEDIATION;

   B   07/08/05 KJW   T        5.00    250.00       1,250.00
          WORK ON MEDIATION - APPELLATE

===========================================================================
File #        21606.001                  Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
   Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC            Last billed  00/00/00      ALL ENTRIES BEING BILLED

                  BRIEFS ; EMAILS WITH
                  CO-COUNSEL RE: MEDIATION
                  BRIEF

     B   07/10/05 KJW   T        3.00    250.00        750.00
                  LEGAL RESEARCH RE:
                  JURISDICTION; WORK ON
                  MEDIATION AND APPELLATE
                  BRIEFS

     B   07/11/05 ARD   T        3.25    175.00        568.75
                  CONFERENCE WITH KEVIN WILLIAMS
                  RE: APPELLATE BRIEF; DOCUMENT
                  REVIEW; DRAFT BRIEF IN
                  OPPOSITION TO DEFENDANT'S
                  MOTION TO DISMISS; DOCUMENT
                  REVIEW; BRIEFS OF DEFENDANT'S
                  KARP,PARISE, KRAMER, REMLEY
                  AND MENTMORE

     B   07/11/05 KJW   T        3.75    250.00        937.50
                  WORK ON APPELLATE BRIEF; LEGAL
                  RESEARCH

     B   07/12/05 SVB   T        2.75     65.00        178.75
                  LONG DISTANCE CALL TO CLERK OF
                  COURT-COURT OF APPEALS;
                  PREPARED MOTION AND BRIEF FOR
                  FILING AND SERVICE;
                  CORRESPONDENCE TO DEFENSE
                  COUNSEL; REVISED MOTION AND
                  BREIF

     B   07/12/05 ARD   T        5.00    175.00        875.00
                  DOCUMENT REVIEW; LEGAL
                  RESEARCH TO UPDATE CASES CITED
                  IN OUR APPELLATE BRIEF; CASE
                  ANALYSIS TO DISTIGUISH CASES
                  CITED BY DEFENDANT'S

     B   07/12/05 WTC   T        4.00    550.00      2,200.00
                  PREPARATION FOR MEDIATION;

     B   07/12/05 KJW   T        4.00    250.00      1,000.00
                  DRAFT MOTION FOR EXTENSION OF

=============================================================================
File #      21606.001                 Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC          Last billed  00/00/00     ALL ENTRIES BEING BILLED


          TIME TO FILE BRIEF TO MEDIATE
          CASE; EMAILS/TELEPHONE CALLS
          TO ALL COUNSEL; TELEPHONE
          CONFERENCE WITH COURT; WORK ON
          APPELLATE AND MEDIATION BRIEF;
          EMAILS TO DEFENDANTS RE:
          MEDIATION BRIEF

  B   07/13/05  ARD   T       2.00   175.00        350.00
          REVIEW; UPDATE AND REVISE
          APPELLATE BRIEF; EMAIL
          CORRESPONDENCE WITH KEVIN
          WILIAMS

  B   07/13/05  SVB   T       1.75    65.00        113.75
          REVISED MEDIATION BRIEF

  B   07/13/05  WTC   T       5.00   550.00       2,750.00
          PREPRATION FOR MEDIATION;

  B   07/13/05  KJW   T       5.00   250.00       1,250.00
          TELEPHONE CALL TO COURT RE:
          EXTENSION OF TIME; FINALIZE
          MEDIATION BRIEF; EMAIL BRIEF
          TO MEDIATOR AND COUNSEL;
          ATTEND ADMINISTRATION HEARING;
          WORK ON APPELLATE BRIEF

  B   07/14/05  ARD   T       3.00   175.00        525.00
          APPELLATE BRIEF; CONFERENCE
          WITH KEVIN WILLIAMS

  B   07/14/05  WTC   T       8.75   550.00       4,812.50
          CONFERENCE CALL WITH TRUSTEE
          AND CO-COUNSEL REGARDING
          MEDIATION; PREPARATION FOR
          MEDIATION; CONFERENCE WITH
          KEVIN WILLIAMS;

  B   07/14/05  ARD   T       3.00   175.00        525.00
          DOCUMENT REVISION; APPALLATE
          BRIEF; CONFERENCE WITH KEVIN
          WILLIAMS

  B   07/14/05  KJW   T       3.00   250.00        750.00

FROM: 03/01/03        COMERFORD & BRITT, LLP        PAGE 33
THRU: 03/07/06
TIME: 10:51:43     STATEMENT REVIEWS (PRE-BILLS)    BY
File type: ALL                                Matter: ALL
=======================================================================
File #      21606.001            Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC       Last billed  00/00/00     ALL ENTRIES BEING BILLED

      MEDIATION PREP

B   07/15/05 WTC   T      11.00   550.00     6,050.00
      PREPARATION FOR MEDIATION;
      TRAVEL TO CHARLOTTE; ATTEND
      MEDIATION; CONFERENCE WITH TOM
      HOFFMAN; RETURN TRAVEL;
      RELATED SERVICES;

B   07/15/05 KJW   T      11.00   250.00     2,750.00
      ATTEND MEDIATION IN CHARLOTTE,
      NC

B   07/18/05 WTC   T       2.00   550.00     1,100.00
      WORK ON FILE REGARDING
      APPEAL;

B   07/18/05 ARD   T       2.00   175.00      350.00
      PREPARE AND REVISE MOTION TO
      EXTEND PAGE LIMITATION;
      CONFERENCE WITH KEVIN
      WILLIAMS; FILING

B   07/19/05 WTC   T       1.00   550.00      550.00
      REVISIONS TO CORRESPONDENCE
      REGARDING SETTLEMENT DEMAND;
      REVIEW CORRESPONDENCE
      REGARDING APPELLATE BRIEF;
      RELATED SERVICES;

B   07/19/05 KJW   T       7.00   250.00     1,750.00
      WORK ON APPELLATE BRIEF

B   07/20/05 WTC   T       2.00   550.00     1,100.00
      WORK ON FILE REGARDING
      SETTLEMENT; CONFERENCE WITH
      TOM HOFFMAN; REVIEW
      CORRESPONDENCE FROM FRED
      THURMAN;

B   07/21/05 WTC   T       2.00   550.00     1,100.00
      WORK ON SETTLEMENT; RECEIPT
      AND REVIEW OF REPORT OF
      MEDIATOR AND BILL;

B   07/21/05 KJW   T       8.50   250.00     2,125.00

================================================================
File #　　　21606.001　　　　　　　Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
　Fee type: (NORMAL BILLING FILE) Format　25
　Resp Tkpr: WTC　　　　Last billed　00/00/00　　ALL ENTRIES BEING BILLED

　　　WORK ON APPELLATE BRIEF; WORK
　　　ON MOTION TO WAIVE PAGE
　　　LIMITATION

B　07/22/05　ARD　T　　　.50　　175.00　　　　87.50
　　　CONFERENCE WITH JOHN CONNELL
　　　AND KEVIN WILLIAMS RE:
　　　EXTENSION OF PAGE LIMIT FOR
　　　BRIEF

B　07/22/05　KJW　T　　　2.00　　250.00　　　500.00
　　　TELEPHONE CALL FROM POYNER &
　　　SPRUILL RE: STATUS OF CASE;
　　　WORK ON APPELLATE BRIEF

B　07/25/05　WTC　T　　　2.00　　550.00　　1,100.00
　　　TELEPHONE CONFERENCE WITH TOM
　　　HOFFMAN; WORK ON SETTLEMENT;
　　　RECEIPT AND REVIEW OF ORDER;
　　　TELEPHONE CONFERNECE WITH
　　　DAVID MANGEL;

B　07/25/05　ARD　T　　　2.00　　175.00　　　350.00
　　　CONFERENCE WITH KEVIN
　　　WILLIAMS; CITE CHECK REVISED
　　　COA BRIEF

B　07/25/05　KJW　T　　　2.00　　250.00　　　500.00
　　　WORK ON APPELLATE BRIEF

B　07/26/05　WTC　T　　　1.50　　550.00　　　825.00
　　　E-MAIL FROM AND TO TOM
　　　HOFFMAN;

B　07/26/05　ARD　T　　　7.00　　175.00　　1,225.00
　　　DOCUMENT REVIEW - TRANSCRIPTS;
　　　PREPARARTION AND REVISION OF
　　　COA BRIEF

B　07/26/05　KJW　T　　　.75　　250.00　　　187.50
　　　WORK ON APPEAL

B　07/27/05　WTC　T　　　1.00　　550.00　　　550.00
　　　RESEARCH REGARDING JUDGMENT
　　　ISSUE; REVIEW INFORMATION ON

=======================================================================
File #      21606.001              Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
   Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC        Last billed  00/00/00    ALL ENTRIES BEING BILLED

        APPAREL INDUSTRY;

   B   07/27/05  ARD    T       6.00    175.00      1,050.00
            CONFERENCE WITH KEVIN
            WILLIAMS; DOCUMENT REVIEW-FILE
            AND DEPOSITION TRANSCRIPTS;
            REVISION OF COA BRIEF TO
            INCLUDE RECORD CITATIONS

   B   07/27/05  KJW    T        .25    250.00         62.50
            STATUS UPDATEON BRIEF WITH
            ALAN DICKINSON; EMAIL TO ALAN
            RE: BRIEF

   B   07/29/05  KJW    T       6.00    250.00      1,500.00
            WORK ON APPELLATE BRIEF

   B   07/29/05  KJW    T       1.00    250.00        250.00
            WORK ON APPELLATE BRIEF

   B   07/31/05  KJW    T       3.00    250.00        750.00
            WORK ON APPELLATE BRIEF; EMAIL
            TO TOM COMERFORD

   B   08/01/05  WTC    T       1.75    550.00        962.50
            REVIEW APPELLATE BRIEF PRIOR
            TO FILING; CONFERENCE WITH
            KEVIN WILLIAMS;

   B   08/01/05  KJW    T       4.00    250.00      1,000.00
            FINISH APPELLATE BREIF;
            PREPARE FOR FILING WITH COURT
            OF APPEALS

   B   08/03/05  KJW    T        .25    250.00         62.50
            REVIEW APPROVAL OF CLERK RE:
            APPELLATE BREIF

   B   08/04/05  WTC    T        .75    550.00        412.50
            WORK ON SETTLEMENT;

   B   08/16/05  WTC    T        .50    550.00        275.00
            TELEPHONE CONFERENCE WITH TOM
            HOFFMAN;

   B   08/18/05  WTC    T       1.00    550.00        550.00

========================================================================
File #       21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
   Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC          Last billed  00/00/00      ALL ENTRIES BEING BILLED

         WORK ON FILE REGARDING EXPERT
         WITNESSES;

B     09/21/05  WTC   T          1.00     550.00          550.00
         CONFERENCE WITH BRUCE
         ERICKSON; E-MAIL TO TOM
         HOFFMAN;

B     09/26/05  KJW   T          1.50     250.00          375.00
         REVIEW FINANCIAL INFORMATION;
         REVIEW CASE AGAINST MENTMORE;
         RESEARCH MENTMORE

B     09/27/05  WTC   T          1.50     550.00          825.00
         CONFERENCE WITH TOM HOFFMAN;
         CONFERENCE WITH KEVIN
         WILLIAMS; REVIEW FILE;

B     09/29/05  WTC   T           .75     550.00          412.50
         REVIEW BRIEF REGARDING
         JURISDICTIONAL ISSUES FOR
         MENTMORE HOLDINGS;

B     09/30/05  KJW   T           .25     250.00           62.50
         LETTER TO CO-COUNSEL ENCLOSING
         FINANCIAL RECORDS

B     10/03/05  WTC   T           .75     550.00          412.50
         CONFERENCE WITH TOM HOFFMAN;

B     10/06/05  WTC   T          1.50     550.00          825.00
         RECEIPT AND REVIEW COURT
         CALENDAR SCHEDULING APPELLATE
         ARGUMENTS; CORRESPONDENCE TO
         TOM HOFFMAN; CORRESPONDENCE TO
         BRUCE ERICKSON;

B     10/07/05  KJW   T           .25     250.00           62.50
         EMAILS WITH TOM COMERFORD
         REGARDING ORAL ARGUMENT

B     10/25/05  WTC   T          1.00     550.00          550.00
         CONFERENCE WITH TRUSTEE;

B     11/02/05  WTC   T           .50     550.00          275.00

==================================================================================
File #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC            Last billed   00/00/00     ALL ENTRIES BEING BILLED

          CONFERENCE WITH KEVIN WILLIAMS
          REGARDING APPEAL;

   B   11/02/05 KJW   T          2.75    250.00          687.50
          RESEARCH REGARDING APPELLATE
          RULES GOVERNING ARGUMENT TIME;
          EMAILS WITH TOM COMERFORD;
          WORK ON APPEAL

   B   11/03/05 WTC   T          2.00    550.00        1,100.00
          PREPARATION FOR ORAL ARGUMENT;
          CONFERENCE WITH KEVIN
          WILLIAMS;

   B   11/03/05 KJW   T          5.00    250.00        1,250.00
          WORK ON APPELLATE ARGUMENT;
          MEETING WITH TOM COMERFORD
          REGARDING HANDLING OF ORAL
          ARGUMENT

   B   11/04/05 KJW   T          4.00    250.00        1,000.00
          WORK ON APPELLATE ARGUMENT;
          LEGAL RESEARCH FOR ORAL
          ARGUMENT

   B   11/07/05 KJW   T          7.00    250.00        1,750.00
          WORK ON APPELLATE ARGUMENT

   B   11/08/05 ARD   T          5.50    175.00          962.50
          DOCUMENT REVIEW: APPELLATE
          BRIEFS;RECORD ON APPEAL; LEGAL
          RESEARCH RE: IMPUTING OFFICIAL
          ACTS TO INDIVIDUAL SEFENDANTS
          FOR PERSONAL JURISDICTION

   B   11/08/05 WTC   T          1.50    550.00          825.00
          WORK ON APPELLATE ARGUMENT;

   B   11/08/05 KJW   T          5.00    250.00        1,250.00
          WORK ON APPELLATE ARGUMENT

   B   11/09/05 ARD   T          6.00    175.00        1,050.00
          DOCUMENT REVIEW; LEGAL
          RESEARCH RE: IMPUTING
          OFFICIAL ACTS TO INDIVIDUAL

==============================================================================
File #      21606.001              Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC         Last billed  00/00/00    ALL ENTRIES BEING BILLED

          DEFENDANTS; CONFERENCE WITH
          KEVIN WILLIAMS

B    11/09/05  ARD   T        6.00    175.00       1,050.00
          DOCUMENT REVIEW; LEGAL
          RESEARCH RE: IMPUTING OFFICAL
          ACTS TO INDIVIDUAL
          DEFENDANTS;
          CONFERENCE WITH KEVIN
          WILLIAMS

B    11/09/05  KJW   T        8.00    250.00       2,000.00
          PREPARE FOR ORAL ARGUMENT

B    11/10/05  ARD   T        4.25    175.00         743.75
          DOCUMENT REVIEW; RECORD ON
          APPEAL; LEGAL RESEARCH RE:
          INSUFFICIENT EVIDENCE FOR
          FINDINGS OF FACT; CONFERENCE
          WITH KEVIN WILLIAMS

B    11/10/05  ARD   T        4.25    175.00         743.75
          DOCUMENT REVIEW; RECORD ON
          APPEAL; LEGAL RESEARCH RE:
          INSUFFICIENT EVIDENCE FOR
          FINDINGS OF FACT; CONFERENCE
          WITH KEVIN WILLIAMS

B    11/10/05  KJW   T        8.00    250.00       2,000.00
          PREPARE FOR ORAL ARGUMENT

B    11/11/05  KJW   T        8.00    250.00       2,000.00
          WORK ON ORAL ARGUMENT

B    11/12/05  KJW   T        4.00    250.00       1,000.00
          WORK ON ORAL ARGUMENT

B    11/13/05  KJW   T        8.00    250.00       2,000.00
          WORK ON ORAL ARGUMENT

B    11/14/05  WTC   T         .75    550.00         412.50
          CONFERENCE WITH KEVIN
          WILLIAMS;

B    11/14/05  KJW   T        9.00    250.00       2,250.00

==============================================================================

File #        21606.001              Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC        Last billed  00/00/00     ALL ENTRIES BEING BILLED

                TRAVEL TO RALEIGH, NC,
                REGARDING ORAL ARGUMENT;
                RETURN TRAVEL; PREPARE FOR
                ARGUMENT

    B   11/17/05  WTC    T         1.00    550.00         550.00
                CONFERENCE WITH TOM HOFFMAN;
                WORK ON SETTLEMENT; RELATED
                SERVICES;

    B   11/21/05  WTC    T         1.75    550.00         962.50
                CONFERENCE WITH TOM HOFFMAN;
                WORK ON FILE REGARDING
                SETTLEMENT; FURTHER CONFERENCE
                WITH MR. HOFFMAN; RELATED
                SERVICES;

    B   12/08/05  KJW    T          .50    250.00         125.00
                TELEPHONE CALL FROM CO-COUNSEL
                REGARDING D&O POLICY; EMAIL TO
                JENNY SURMONS; SEARCH FOR
                POLICY

    B   12/08/05  WTC    T         1.50    550.00         825.00
                TELEPHONE CONFERENCE WITH TOM
                HOFFMAN; WORK ON SETTLEMENT;
                RELATED SERVICES;

    B   12/08/05  WTC    T          .50    550.00         275.00
                WORK ON SETTLEMENT;

    B   12/09/05  KJW    T          .25    250.00          62.50
                EMAILS WITH CO-COUNSEL
                REGARDING D&O POLICY AND
                APPELLATE ARGUMENT

    B   12/09/05  WTC    T         1.00    550.00         550.00
                CONFERENCE WITH TOM HOFFMAN
                REGARDING SETTLEMENT;

    B   12/12/05  WTC    T          .50    550.00         275.00
                RECEIPT AND REVIEW OF
                ADMINISTRATIVE CALENDAR;
                TELEPHONE CONFERENCE WITH TOM
                HOFFMAN;

==============================================================================
File #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
  Resp Tkpr: WTC          Last billed  00/00/00      ALL ENTRIES BEING BILLED


   B    12/13/05  WTC    T          1.00    550.00         550.00
              TELEPHONE CONFERENCE WITH TOM
              HOFFMAN;

   B    12/13/05  KJW    T           .25    250.00          62.50
              REVIEW AND CALENDAR
              ADMINISTATIVE CALENDAR NOTICE;
              TELEPHONE CALL FROM POYNER &
              SPRUILL REGARDING STATUS

   B    12/16/05  KJW    T           .25    250.00          62.50
              REVIEW ADMINISTRATIVE CALENDAR
              AND SCHEDULING OF SAME

   B    12/19/05  WTC    T          2.00    550.00       1,100.00
              CONFERENCE WITH TOM HOFFMAN
              REGARDING SETTLEMENT; WORK ON
              SETTLEMENT STRATEGY;

   B    12/21/05  WTC    T          2.00    550.00       1,100.00
              REVIEW SETTLEMENT AGREEMENT;

   B    01/02/06  WTC    T          2.50    550.00       1,375.00
              WORK ON SETTLEMENT; REVIEW
              DOCUMENTATION REGARDING FEES
              AND EXPENSES; CORRESPONDENCE
              TO TOM HOFFMAN;

   B    01/02/06  SVB    T          1.25     65.00          81.25
              RESEARCH

   B    01/04/06  WTC    T          1.50    550.00         825.00
              WORK ON FINALIZING SETTLEMENT;
              REVIEW AFFIDAVIT; RELATED
              SERVICES;

   B    01/09/06  WTC    T           .50    550.00         275.00
              CONFERENCE WITH KEVIN WILLIAMS
              REGARDING ADMINISTRATIVE
              CALENDAR CALL; E-MAIL TO MIKE
              TABB; RELATED SERVICES;

   B    01/11/06  WTC    T          1.00    550.00         550.00
              WORK ON SETTLEMENT;

```
========================================================================
File #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC          Last billed  00/00/00      ALL ENTRIES BEING BILLED
```

B   01/17/06  WTC   T        1.50    550.00       825.00
        RECEIPT AND REVIEW OF E-MAIL
        REGARDING RELEASE; REVIEW
        RELEASE; RELATED SERVICES;

B   01/26/06  WTC   T        1.00    550.00       550.00
        RECEIPT AND REVIEW REVISED
        SETTLEMENT AGREEMENT;

B   01/31/06  WTC   T        1.50    550.00       825.00
        REVIEW E-MAIL AND REVISED
        SETTLEMENT AGREEMENT; E-MAIL
        TO MICHAEL TABB;

B   02/01/06  WTC   T         .50    550.00       275.00
        RECEIPT AND REVIEW
        CORRESPONDENCE AND E-MAIL
        REGARDING SETTLEMENT AGREEMENT
        AND REQUESTED SERVICES;

B   02/02/06  WTC   T        1.00    550.00       550.00
        REVIEW SETTLEMENT AGREEMENT;
        RELATED E-MAILS;

B   02/03/06  WTC   T        1.00    550.00       550.00
        FURTHER REVIEW OF SETTLEMENT
        AGREEMENT;

B   02/07/06  WTC   T        1.00    550.00       550.00
        REVIEW CORRESPONDENCE
        REGARDING STATUS OF
        SETTLEMENT; CONFERENCE WITH
        KEVIN WILLIAMS;

B   02/13/06  WTC   T        1.00    550.00       550.00
        CONFERENCE WITH KEVIN WILLIAMS
        AND TOM HOFFMAN REGARDING
        SETTLEMENT OF ALL DEFENDANTS
        EXCEPT KARP;

B   03/02/06  WTC   T         .75    550.00       412.50
        REVIEW FEE APPLICATION;

                              FEES:            331,517.50
        ARD    81.00 HOURS @  175.00 PER HOUR =  14,175.00
        CPB    30.00 HOURS @  450.00 PER HOUR =  13,500.00
        KJW   348.50 HOURS @  250.00 PER HOUR =  87,125.00
        SVB    22.00 HOURS @   65.00 PER HOUR =   1,430.00
        TTY      .50 HOURS @  200.00 PER HOUR =     100.00
        WTC   391.25 HOURS @  550.00 PER HOUR = 215,187.50
```

# EXHIBIT 7

# Tabs3 Detail Work-In-Process Report
## GREENE & HOFFMAN PC

Primary Timekeeper: 1 Tom G. Hoffman

Client: TEXFI00C Bruce Erickson    Bruce Erickson    Contact:

Primary Timekeeper:   1 TGH   Category:   1 Personal Injury
Secondary Timekeeper:   1 TGH   Draft Template: Contngcy   Rate Code: 1
Originating Timekeeper:   1 TGH   Final Template: Contngcy   Date Opened 08/19/2004
Previous Balance:      0.00

| Date | Tmkr | Hour Work | Amount | Description |
|------|------|-----------|--------|-------------|
| **Expenses** | | | | |
| 04/25/2002 | 1 TGH | | 29.17 | Online legal research - Lexis/Nexis |
| 05/10/2002 | 1 TGH | | 12.17 | Federal Express |
| 02/11/2003 | 1 TGH | | 485.61 | Travel expense |
| 02/13/2003 | 1 TGH | | 202.06 | Online legal research - Lexis/Nexis |
| 03/07/2003 | 1 TGH | | 522.28 | Travel expense |
| 04/07/2003 | 1 TGH | | 43.84 | Lunch |
| 04/07/2003 | 1 TGH | | 210.40 | Online legal research - Lexis/Nexis |
| 04/07/2003 | 1 TGH | | 43.84 | (miscellaneous expense) Bewley's USA lunch |
| 06/26/2003 | 1 TGH | | 8.87 | Online legal research - Lexis/Nexis |
| 07/01/2003 | 1 TGH | | 60.00 | Outside professional fee (Superluminal Velocity Services - database) |
| 08/19/2003 | 1 TGH | | 2377.18 | Travel expense |
| 11/14/2003 | 1 TGH | | 8.33 | Online legal research - Lexis/Nexis |
| 12/02/2003 | 1 TGH | | 3.57 | Online legal research - Pacer |
| 06/25/2004 | 1 TGH | | 2.96 | Online legal research - Lexis/Nexis |
| 09/30/2004 | 1 TGH | | 0.09 | Long distance telephone charges |
| 10/30/2004 | 1 TGH | | 0.31 | Long distance telephone charges |
| 11/30/2004 | 1 TGH | | 3.12 | Long distance telephone charges |
| 12/03/2004 | 1 TGH | | 42.59 | Online legal research - Westlaw |
| 03/31/2005 | 1 TGH | | 0.31 | Long distance telephone charges |
| 06/30/2005 | 1 TGH | | 0.30 | Long distance telephone charges |
| 06/30/2005 | 1 TGH | | 12.44 | Online legal research - Westlaw |
| 07/08/2005 | 1 TGH | | 60.00 | Outside professional fee (Superluminal Velocity Services - database) |
| 07/15/2005 | 1 TGH | | 522.61 | Travel expense - Thomas Hoffman; Mediation |
| 07/19/2005 | 1 TGH | | 169.80 | Photocopy charges (849 x .20) |
| 07/21/2005 | 1 TGH | | 522.61 | Travel expense - Thomas G. Hoffman Travel to NC for Mediation |
| 07/22/2005 | 1 TGH | | 48.39 | Federal Express |
| 07/29/2005 | 1 TGH | | 14.48 | Long distance telephone charges |
| 08/01/2005 | 1 TGH | | 12.83 | Courier fee - Federal Express |
| 08/04/2005 | 1 TGH | | 12.83 | Federal Express |
| 08/04/2005 | 1 TGH | | 12.44 | Online legal research. |
| 08/31/2005 | 1 TGH | | 4.82 | Long distance telephone charges |
| 09/30/2005 | 1 TGH | | 0.37 | Postage (7/1/05 - 9/30/05) |
| 11/30/2005 | 1 TGH | | 0.11 | Long distance telephone charges |
| 12/09/2005 | 1 TGH | | 11.95 | Courier fee |

Primary Timekeeper: 1 Tom G. Hoffman

Client: **TEXFI.00C** **Bruce Erickson** *(Continued)*

| Date | Tmkr | Hour Work | Amount | Description |
|---|---|---|---|---|
| 01/12/2006 | 1 TGH | | 11.95 | City Express |
| 01/13/2006 | 1 TGH | | 9.44 | Long distance telephone charges |
| 01/31/2006 | 1 TGH | | 152.28 | Online legal research - Westlaw |
| 02/06/2006 | 1 TGH | | 0.90 | Long distance telephone charges |
| 02/17/2006 | 1 TGH | | 152.28 | Online legal research. |
| 02/28/2006 | 1 TGH | | 61.03 | Online legal research (Westlaw) |
| 03/03/2006 | 1 TGH | | 162.60 | Photocopy charges (813 x .20) |

**Total Billable Expenses**    6013.16

### R E C A P

| Fees: | 0.00 | | | | |
|---|---|---|---|---|---|
| Expenses: | 6013.16 | Previous Balance: | 0.00 | | |
| Advances: | 0.00 | Payments/Credits: | 0.00 | | |
| **Total WIP:** | 6013.16 | **Balance Due:** | 0.00 | Total: | 6013.16 |

Other WIP Hours:

| | 325.10 | Fees: | 0.00 | Exps: | 0.00 | Advs: | 0.00 |
|---|---|---|---|---|---|---|---|

| A/ | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# EXHIBIT 8

=======================================================================
ile #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
lient Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format 25
 Resp Tkpr: WTC         Last billed   00/00/00      ALL ENTRIES BEING BILLED

| TYPE | DATE | T/K | B/C | LIT | TIME | RATE | AMOUNT | HOLD |
|------|------|-----|-----|-----|------|------|--------|------|
| D | 02/25/03 | WTC | ST | | | | 68.00 | |

STORAGE FEE BUDGET SELF
STORAGE NO 4088

| D | 03/17/03 | CPB | FF | | | | 85.00 | |

FILING FEES (TEXFI) FORSYTH COUNTY CLERK OF COURT NO 3472

| D | 03/25/03 | WTC | TL | | | | 241.25 | |

TRAVEL WTC BOSTON MTG NO 3571

| D | 03/25/03 | WTC | TL | | | | 1,937.50 | |

TRAVEL ACE TO BOSTON NO 3521

| D | 04/21/03 | WTC | TL | | | | 449.50 | |

TRAVEL ACE (ROCK MOUNT,NC) WTC
NO 3572

| D | 04/22/03 | CPB | MI | | | | 3.60 | |

MILEAGE CPB NO 3570

| D | 06/16/03 | JMS | FX | | | | 17.43 | |

FEDERAL EXPRESS

| D | 06/16/03 | JMS | FX | | | | 16.72 | |

FEDERAL EXPRESS

| D | 06/18/03 | SVB | MI | | | | 20.88 | |

MILEAGE SVB NO 3658

| D | 06/23/03 | SAS | TL | | | | 306.00 | |

TRAVEL WES AIR NO 3670

| D | 07/01/03 | SAS | TL | | | | 57.53 | |

TRAVEL SAS DOLLAR CAR RENTAL
NO 3675

| D | 07/01/03 | SAS | MI | | | | 23.90 | |

MILEAGE SAS NO 3675

| D | 07/01/03 | KJW | TL | | | | 254.66 | |

TRAVEL KJW LODGING COURTYARD
NO 3681

| D | 07/01/03 | WTC | TL | | | | 542.50 | |

==============================================================================
ile #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
lient Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC        Last billed   00/00/00      ALL ENTRIES BEING BILLED


        TRAVEL WTC ACE NO 3682

   D    07/09/03  SAS    MI                     23.40
            MILEAGE SAS NO 3689

   D    08/01/03  WTC    TL                    350.43
            TRAVEL WTC 6/19 TO 6/20 MEALS
            AND LODGING

   D    08/01/03  KJW    MS                    648.05
            MISCELLANEOUS KJW CAR RENTAL,
            STORAGE RENTAL 6/23 NO 3722

   D    10/31/03  SAS    FF                     24.73
            FILING FEES MIDDLE DISTRICT
            FEDERAL COURT NO 3859

   D    01/08/04  WTC    ST                     68.00
            STORAGE FEE BUDGET SELF
            STORAGE INV. 1411 NO 3990

   D    01/12/04  SAS    MI                     24.12
            MILEAGE SAS NO 3996

   D    01/28/04  WTC    SFF                    68.00
            STORAGE FEES BUDGET SELF
            STORAGE NO 4027

   D    03/10/04  WTC    ST                     68.00
            STORAGE FEE BUDGET SELF
            STORAGE NO 4125

   D    03/25/04  JMS    ST                     23.00
            STORAGE FEE BUDGET STORAGE NO
            4164

   D    04/08/04  WTC    ST                     92.00
            STORAGE FEE BUDGET SELF
            STORAGE MAY NO 4191

   D    04/12/04  WTC    SF                     92.00
            SERVICE FEE BUDGET SELF
            STORAGE NO 4192

   D    05/19/04  KJW    ST                     92.00

======================================================================
ile #      21606.001                        Re: BREECH OF CONTRACT (BUSINESS)
lient Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC          Last billed   00/00/00        ALL ENTRIES BEING BILLED

            STORAGE FEE BUDGET SELF
            STORAGE NO 4310

  D   06/09/04  JMS    ST                         92.00
            STORAGE FEE BUDGET SELF
            STORAGE NO 4355

  D   07/13/04  GUS    ST                         92.00
            STORAGE FEE BUDGET SELF
            STORAGE NO 4402

  D   08/19/04  KJW    OS                      1,142.12
            OUTSIDE COPYING REPROTECH NO
            4461

  D   09/07/04  WTC    TL                      1,782.50
            TRAVEL ACW NO 4500

  D   09/07/04  WTC    TL                      2,251.07
            TRAVEL WTC NO 4501

  D   09/10/04  MH     MI                          4.88
            MILEAGE MH NO 4521

  D   09/14/04  WTC    DT                      4,984.25
            DEPOSITION TRANSCRIPT
            LEGALLINK MANHATTAN NO 4526

  D   09/14/04  KJW    SFF                        92.00
            STORAGE FEES BUDGET SELF
            STORAGE NO 4534

  D   10/08/04  JMS    SFF                        92.00
            STORAGE FEES BUDGET SELF
            STORAGE NO 4599

  D   10/14/04  WTC    TR                        123.00
            TRANSCRIPT STEPHANIE W
            CULPEPPER, CVR-CM NO 4612

  D   10/25/04  JMS    FX                         16.64
            FEDERAL EXPRESS

  D   11/12/04  KJW    ST                         92.00
            STORAGE FEE BUDGET SELF

=================================================================
ile #      21606.001                   Re: BREECH OF CONTRACT (BUSINESS)
lient Name: TEXFI,THROUGH THE TRUSTEE OF
 Fee type: (NORMAL BILLING FILE) Format  25
Resp Tkpr: WTC          Last billed   00/00/00     ALL ENTRIES BEING BILLED

        STORAGE NO 4685

D   12/14/04  JMS    SFF                        92.00
        STORAGE FEES BUDGET SELF
        STORAGE NO 4748

D   01/06/05  JMS    SFF                        92.00
        STORAGE FEES BUDGET SLF
        STORAGE NO 4810

D   02/09/05  JMS    SFF                        92.00
        STORAGE FEES BUDGET SELF
        STORAGE NO 4929

D   03/08/05  JMS    SFF                        92.00
        STORAGE FEES BUDGET SELF
        STORAGE NO 5002

D   04/05/05  KJW    OS                      3,449.47
        OUTSIDE COPYING REPROTECH
        GRAPHICS NO 5068

D   04/12/05  KJW    SFF                       276.00
        STORAGE FEES (APRIL-JUNE @
        92.00 PER MONTH) BUDGET
        STORAGE NO 5086

D   07/14/05  KJW    SFF                        92.00
        STORAGE FEES BUDGET SELF
        STORAGE NO 5261

D   07/15/05  WTC    MI                         82.40
        MILEAGE WTC NO 5308

D   07/22/05  WTC    MF                        528.87
        MEDIATION FEE JAMES, MCELROY &
        DIEHL NO 5277

D   08/02/05  KJW    FF                         87.50
        FILING FEES NC COURT OF
        APPEALS NO 5301

D   08/10/05  KJW    SFF                        92.00
        STORAGE FEES BUDGET SELF
        STORAGE NO 5315

===============================================================================
ile #    21606.001                        Re: BREECH OF CONTRACT (BUSINESS)
lient Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
Resp Tkpr: WTC          Last billed  00/00/00        ALL ENTRIES BEING BILLED


D   09/07/05  KJW   SFF                      365.00
       STORAGE FEES BUDGET SELF
       STORAGE SEPT-DEC 2005 NO 5362

D   09/16/05  WTC   MS                        64.63
       MISCELLANEOUS WTC 7/15/05 NO
       5379

D   11/29/05  KJW   MI                       106.85
       MILEAGE KJW MILEAGE AND
       PARKING NO 5505

D   01/03/06  JMS   SF                       184.00
       SERVICE FEE BUDGET SELF
       STORAGE 1/20 TO 3/20/06 NO
       5566

D   01/09/06  WTC   TL                       109.95
       TRAVEL LODGING WTC NO 5568

D   03/07/06  WTC   SFF                       91.00
       STORAGE FEES BUDGET SELF
       STORAGE 3/20 TO 4/20

E   11/19/02  JMS   PT                         1.48
       POSTAGE

E   03/31/03  STN   OS                       851.20
       COPYING 4,256 TL

E   04/07/03  JMS   FX                        20.84
       FEDERAL EXPRESS

E   04/11/03  ES    PT                        47.97
       POSTAGE

E   04/17/03  ES    PT                         1.89
       POSTAGE

E   04/23/03  ES    PT                          .37
       POSTAGE

E   04/24/03  ES    PT                          .37
       POSTAGE

FROM: 03/01/03        COMERFORD & BRITT, LLP         PAGE  6
THRU: 03/07/06
TIME: 13:54:51      STATEMENT REVIEWS (PRE-BILLS)    BY
File type: ALL                                   Matter: ALL
====================================================================
File #     21606.001          Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
Resp Tkpr: WTC      Last billed  00/00/00    ALL ENTRIES BEING BILLED

| | | | | | |
|---|---|---|---|---|---|
| E | 04/28/03 | ES | PT | | 2.03 |
| | POSTAGE | | | | |
| E | 04/29/03 | ES | PT | | 7.00 |
| | POSTAGE | | | | |
| E | 04/30/03 | ES | PT | | 7.00 |
| | POSTAGE | | | | |
| E | 05/01/03 | ES | PT | | 11.97 |
| | POSTAGE | | | | |
| E | 05/02/03 | ES | PT | | .60 |
| | POSTAGE | | | | |
| E | 05/06/03 | JMS | PT | | 41.96 |
| | POSTAGE | | | | |
| E | 05/06/03 | JMS | PT | | 1.11 |
| | POSTAGE | | | | |
| E | 05/06/03 | WTC | FX | | 14.86 |
| | FEDERAL EXPRESS | | | | |
| E | 05/06/03 | WTC | FX | | 14.86 |
| | FEDERAL EXPRESS | | | | |
| E | 05/09/03 | ES | PT | | .37 |
| | POSTAGE | | | | |
| E | 05/12/03 | JMS | PT | | 2.67 |
| | POSTAGE | | | | |
| E | 05/14/03 | JMS | PT | | 1.11 |
| | POSTAGE | | | | |
| E | 05/15/03 | ES | CO | 80.00    .20 | 16.00 |
| | COPIES | | | | |
| E | 05/15/03 | WTC | TC | | 6.49 |
| | TELEPHONE | | | | |
| E | 05/15/03 | JMS | LP | | 12.60 |
| | LASERPRO 04/22 TO 04/28 | | | | |

=====================================================================
File #      21606.001                      Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
Resp Tkpr: WTC          Last billed  00/00/00      ALL ENTRIES BEING BILLED


E    05/15/03  JMS   PT                              4.82
        POSTAGE

E    05/15/03  ES    PT                               .60
        POSTAGE

E    05/15/03  WTC   FX                             28.09
        FEDERAL EXPRESS

E    05/31/03  JMS   CO      138.00      .20        27.60
        COPIES 05/15

E    06/03/03  JMS   TC                               .45
        TELEPHONE

E    06/03/03  WTC   TL                             29.20
        TRAVEL WTC MEAL NO 3637

E    06/05/03  JMS   PT                               .83
        POSTAGE

E    06/06/03  JMS   PT                               .74
        POSTAGE

E    06/12/03  JMS   PT                              1.48
        POSTAGE

E    06/18/03  WTC   TE        4.00     2.00         8.00
        TELECOPY

E    06/18/03  WTC   TE        9.00     2.00        18.00
        TELECOPY

E    06/18/03  JMS   PT                              1.48
        POSTAGE

E    06/25/03  WTC   TE        3.00     2.00         6.00
        TELECOPY

E    06/25/03  WTC   TE        8.00     2.00        16.00
        TELECOPY

E    06/30/03  JMS   PT                              8.84
        POSTAGE

ROM: 03/01/03
HRU: 03/07/06
IME: 13:54:51
ile type: ALL

COMERFORD & BRITT, LLP

STATEMENT REVIEWS (PRE-BILLS)

PAGE    8

BY
Matter: ALL
==========================================================================
ile #      21606.001                          Re: BREECH OF CONTRACT (BUSINESS)
lient Name: TEXFI,THROUGH THE TRUSTEE OF
 Fee type: (NORMAL BILLING FILE) Format  25
Resp Tkpr: WTC          Last billed   00/00/00        ALL ENTRIES BEING BILLED

| | | | | | |
|---|---|---|---|---|---|
| E | 07/02/03 JMS | PT | | | 9.76 |
| | POSTAGE | | | | |
| E | 07/23/03 JMS | PT | | | 1.75 |
| | POSTAGE | | | | |
| E | 07/30/03 JMS | CO | 398.00 | .20 | 79.60 |
| | COPIES 7/1 TO 7/23 | | | | |
| E | 09/12/03 KJW | LP | | | 8.60 |
| | LASERPRO | | | | |
| E | 09/26/03 JMS | PT | | | .83 |
| | POSTAGE | | | | |
| E | 10/27/03 STN | PT | | | 5.76 |
| | POSTAGE | | | | |
| E | 01/07/04 JMS | PT | | | 4.24 |
| | POSTAGE | | | | |
| E | 01/08/04 JMS | PT | | | .37 |
| | POSTAGE | | | | |
| E | 01/26/04 JMS | LP | | | 7.20 |
| | LASERPRO | | | | |
| E | 01/26/04 STN | CO | 203.00 | .20 | 40.60 |
| | COPIES | | | | |
| E | 01/26/04 WTC | TC | | | 1.24 |
| | TELEPHONE | | | | |
| E | 01/29/04 JMS | PT | | | .37 |
| | POSTAGE | | | | |
| E | 02/04/04 JMS | PT | | | 2.12 |
| | POSTAGE | | | | |
| E | 02/25/04 JMS | PT | | | .37 |
| | POSTAGE | | | | |
| E | 03/10/04 JMS | PT | | | .37 |
| | POSTAGE | | | | |

ROM: 03/01/03                    COMERFORD & BRITT, LLP
HRU: 03/07/06
IME: 13:54:51            STATEMENT REVIEWS (PRE-BILLS)        BY
ile type: ALL                                          Matter: ALL
====================================================================
ile #      21606.001                Re: BREECH OF CONTRACT (BUSINESS)
lient Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC         Last billed   00/00/00     ALL ENTRIES BEING BILLED

| | | | | | |
|---|---|---|---|---|---|
| E | 04/07/04  JMS | TC | | | 3.15 |
| | TELEPHONE | | | | |
| E | 04/07/04  JMS | LP | | | 2.20 |
| | LASERPRO | | | | |
| E | 04/07/04  JMS | CO | 9.00 | .20 | 1.80 |
| | COPIES | | | | |
| E | 04/07/04  JMS | TC | | | 1.05 |
| | TELEPHONE | | | | |
| E | 04/07/04  JMS | LP | | | 3.40 |
| | LASERPRO | | | | |
| E | 04/12/04  JMS | PT | | | .37 |
| | POSTAGE | | | | |
| E | 05/05/04  JMS | PT | | | 1.66 |
| | POSTAGE | | | | |
| E | 05/12/04  JMS | PT | | | .74 |
| | POSTAGE | | | | |
| E | 05/13/04  JMS | CO | 61.00 | .20 | 12.20 |
| | COPIES | | | | |
| E | 05/13/04  JMS | LP | | | 3.20 |
| | LASERPRO | | | | |
| E | 05/14/04  KJW | TE | 6.00 | 2.00 | 12.00 |
| | TELECOPY | | | | |
| E | 05/14/04  KJW | TE | 24.00 | 2.00 | 48.00 |
| | TELECOPY | | | | |
| E | 05/14/04  JMS | PT | | | 7.00 |
| | POSTAGE | | | | |
| E | 05/17/04  JMS | PT | | | 2.31 |
| | POSTAGE | | | | |
| E | 05/17/04  KJW | TE | 9.00 | 2.00 | 18.00 |
| | TELECOPY | | | | |

==================================================================================
ile #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
lient Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
Resp Tkpr: WTC          Last billed   00/00/00        ALL ENTRIES BEING BILLED


  E    05/17/04  KJW    TE        3.00      2.00            6.00
           TELECOPY

  E    05/17/04  KJW    TE        4.00      2.00            8.00
           TELECOPY

  E    05/18/04  KJW    TC                               18.01
           TELEPHONE

  E    05/18/04  KJW    CO      386.00       .20          77.20
           COPIES

  E    05/20/04  JMS    PT                                 .37
           POSTAGE

  E    05/21/04  JMS    PT                                2.22
           POSTAGE

  E    05/25/04  KJW    FX                               23.06
           FEDERAL EXPRESS

  E    06/02/04  JMS    PT                                2.22
           POSTAGE

  E    06/10/04  JMS    PT                                1.85
           POSTAGE

  E    06/16/04  JMS    PT                                2.95
           POSTAGE

  E    06/30/04  WTC    TE        3.00      2.00            6.00
           TELECOPY

  E    06/30/04  WTC    TE        8.00      2.00           16.00
           TELECOPY

  E    06/30/04  JMS    PT                                1.85
           POSTAGE

  E    06/30/04  JMS    PT                                7.60
           POSTAGE

  E    06/30/04  WTC    FX                               27.03
           FEDERAL EXPRESS NO 4429

COMERFORD & BRITT, LLP

STATEMENT REVIEWS (PRE-BILLS)

BY
Matter: ALL

==========================================================================
ile #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
lient Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
Resp Tkpr: WTC          Last billed   00/00/00         ALL ENTRIES BEING BILLED

| | | | | | | |
|---|---|---|---|---|---|---|
| E | 07/12/04 | JMS | PT | | | 3.04 |
| | POSTAGE | | | | | |
| E | 07/13/04 | JMS | TC | | | .70 |
| | TELEPHONE | | | | | |
| E | 07/16/04 | JMS | PT | | | 3.00 |
| | POSTAGE | | | | | |
| E | 07/21/04 | JMS | TC | | | 2.10 |
| | TELEPHONE | | | | | |
| E | 07/21/04 | JMS | LP | | | 13.20 |
| | LASERPRO 7/8 TO 07/16 | | | | | |
| E | 07/30/04 | JMS | PT | | | 5.30 |
| | POSTAGE | | | | | |
| E | 08/24/04 | STN | PT | | | .37 |
| | POSTAGE | | | | | |
| E | 08/24/04 | STN | CO | | .20 | 884.20 |
| | COPIES TL 4,421 | | | | | |
| E | 08/26/04 | JMS | PT | | | 1.85 |
| | POSTAGE | | | | | |
| E | 08/26/04 | WTC | TE | 6.00 | 2.00 | 12.00 |
| | TELECOPY TO THOMAS HOFFMAN: CORRESPONDENCE | | | | | |
| E | 08/26/04 | WTC | TE | 20.00 | 2.00 | 40.00 |
| | TELECOPY = 5 PAGES EA TO: REGINALD F. COMBS, DAVID J. EISEMAN, DAVID W. STAR AND FREDRICK M. THURMAN, JR. | | | | | |
| E | 09/03/04 | JMS | PT | | | .74 |
| | POSTAGE | | | | | |
| E | 09/07/04 | STN | FX | | | 17.98 |
| | FEDERAL EXPRESS NO 4574 | | | | | |
| E | 09/07/04 | STN | FX | | | 17.49 |

===========================================================================
ile #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
lient Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
Resp Tkpr: WTC        Last billed  00/00/00     ALL ENTRIES BEING BILLED

         FEDERAL EXPRESS NO 4574

E   09/07/04  STN   FX                              14.48
         FEDERAL EXPRESS NO 4574

E   09/08/04  KJW   TE        4.00      2.00         8.00
         TELECOPY

E   09/08/04  WTC   TE        8.00      2.00        16.00
         TELECOPY

E   09/08/04  WTC   TE        3.00      2.00         6.00
         TELECOPY

E   09/09/04  KJW   TE      138.00      2.00       276.00
         TELECOPY: 69 PAGES EA SENT TO
         DAVID J. EISEMAN & FREDRICK M.
         THURMAN, JR

E   09/09/04  STN   FX                              28.48
         FEDERAL EXPRESS NO 4574

E   09/09/04  KJW   FX                              20.49
         FEDERAL EXPRESS NO 4574

E   09/09/04  KJW   FX                              55.06
         FEDERAL EXPRESS NO 4574

E   09/09/04  STN   S                               47.60
         OFFICE SUPPLIES; (4) 4"
         NOTEBOOKS @ 11.99 EA

E   09/09/04  STN   S                               16.32
         OFFICE SUPPLIES; (136) TABS @
         .12 EA

E   09/10/04  SAS   MI                              27.75
         MILEAGE SAS NO 4522

E   09/15/04  JMS   PT                               4.92
         POSTAGE

E   09/24/04  JMS   PT                               6.45
         POSTAGE

E   09/24/04  WTC   TE       96.00      2.00       192.00

COMERFORD & BRITT, LLP

STATEMENT REVIEWS (PRE-BILLS)        BY
                                              Matter: ALL
==========================================================================
ile #      21606.001              Re: BREECH OF CONTRACT (BUSINESS)
lient Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
Resp Tkpr: WTC        Last billed  00/00/00      ALL ENTRIES BEING BILLED


        TELECOPY

E   09/24/04  WTC    TE      27.00        2.00        54.00
        TELECOPY

E   09/24/04  JMS    CO     132.00         .20        26.40
        COPIES

E   09/27/04  WTC    TC                                6.65
        TELEPHONE

E   09/28/04  KJW    TC                                8.95
        TELEPHONE

E   09/29/04  JMS    LP                               25.40
        LASER PRO 127 PAGES

E   10/04/04  JMS    PT                                2.22
        POSTAGE

E   10/04/04  KJW    TC                                 .70
        TELEPHONE

E   10/05/04  SVB    PT                                 .37
        POSTAGE

E   10/08/04  JMS    PT                                9.35
        POSTAGE

E   10/08/04  JMS    CO     200.00         .20        40.00
        COPIES

E   10/08/04  JMS    LP                               34.00
        LASERPRO

E   10/14/04  JMS    PT                                2.67
        POSTAGE

E   10/15/04  JMS    PT                                 .37
        POSTAGE

E   10/26/04  JMS    PT                                7.74
        POSTAGE

E   10/28/04  WTC    TE       3.00        2.00         6.00

=====================================================================
ile #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
lient Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
Resp Tkpr: WTC          Last billed   00/00/00          ALL ENTRIES BEING BILLED

          TELECOPY

| | | | | | |
|---|---|---|---|---|---|
| E | 10/29/04 WTC | TE | 4.00 | 2.00 | 8.00 |
| | TELECOPY | | | | |
| E | 11/04/04 STN | PT | | | 2.22 |
| | POSTAGE | | | | |
| E | 11/04/04 JMS | PT | | | .74 |
| | POSTAGE | | | | |
| E | 12/15/04 JMS | PT | | | 2.22 |
| | POSTAGE | | | | |
| E | 12/22/04 KJW | TC | | | .40 |
| | TELEPHONE | | | | |
| E | 12/22/04 SVB | LP | | | 1.80 |
| | LASERPRO | | | | |
| E | 12/23/04 JMS | CO | 77.00 | .20 | 15.40 |
| | COPIES | | | | |
| E | 01/10/05 JMS | PT | | | .74 |
| | POSTAGE | | | | |
| E | 01/11/05 KJW | TC | | | .40 |
| | TELEPHONE | | | | |
| E | 01/13/05 JMS | PT | | | 28.50 |
| | POSTAGE | | | | |
| E | 01/19/05 JMS | PT | | | 2.12 |
| | POSTAGE | | | | |
| E | 01/19/05 JMS | CO | | .20 | 425.20 |
| | COPIES 2,126 PAGES | | | | |
| E | 01/24/05 STN | LP | | | 12.60 |
| | LASERPRO | | | | |
| E | 02/01/05 JMS | CO | 2.00 | .20 | .40 |
| | COPIES | | | | |
| E | 02/10/05 JMS | LP | | | 60.00 |

ROM: 03/01/03
HRU: 03/07/06
TIME: 13:54:51
File type: ALL

COMERFORD & BRITT, LLP

PAGE 15

STATEMENT REVIEWS (PRE-BILLS)          BY
                                       Matter: ALL

============================================================================
File #      21606.001                    Re: BREECH OF CONTRACT (BUSINESS)
Client Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
Resp Tkpr: WTC          Last billed   00/00/00      ALL ENTRIES BEING BILLED

         LASERPRO 3 SHEETS

| E | 03/21/05 | JMS | PT | | | .74 |
| | POSTAGE | | | | | |
| E | 03/21/05 | JMS | CO | 7.00 | .20 | 1.40 |
| | COPIES | | | | | |
| E | 03/23/05 | WTC | TC | | | 17.36 |
| | TELEPHONE | | | | | |
| E | 03/28/05 | KJW | TC | | | .35 |
| | TELEPHONE | | | | | |
| E | 03/28/05 | JMS | LP | | | 4.20 |
| | LASERPRO 21 PAGES | | | | | |
| E | 04/01/05 | JMS | LP | | | .20 |
| | COPIES | | | | | |
| E | 04/12/05 | JMS | PT | | | .37 |
| | POSTAGE | | | | | |
| E | 04/27/05 | JMS | PT | | | 2.22 |
| | POSTAGE | | | | | |
| E | 06/08/05 | JMS | PT | | | 2.82 |
| | POSTAGE | | | | | |
| E | 06/09/05 | JMS | CO | 91.00 | .20 | 18.20 |
| | COPIES | | | | | |
| E | 06/09/05 | JMS | LP | | | 27.20 |
| | LASERPRO | | | | | |
| E | 06/09/05 | WTC | TE | 2.00 | 2.00 | 4.00 |
| | TELECOPY | | | | | |
| E | 06/09/05 | WTC | TE | 2.00 | 2.00 | 4.00 |
| | TELECOPY | | | | | |
| E | 06/09/05 | JMS | PT | | | .74 |
| | POSTAGE | | | | | |
| E | 06/17/05 | JMS | PT | | | 2.59 |

================================================================================

ile #       21606.001                      Re: BREECH OF CONTRACT (BUSINESS)
lient Name: TEXFI,THROUGH THE TRUSTEE OF
 Fee type: (NORMAL BILLING FILE) Format  25
Resp Tkpr: WTC          Last billed   00/00/00        ALL ENTRIES BEING BILLED


|   |          |     |    |        |      |        |
|---|----------|-----|----|-------:|-----:|-------:|
|   | POSTAGE | | | | | |
| E | 06/21/05 | JMS | TE | 2.00 | 2.00 | 4.00 |
|   | TELECOPY | | | | | |
| E | 06/24/05 | JMS | TE | 7.00 | 2.00 | 14.00 |
|   | TELECOPY | | | | | |
| E | 07/06/05 | ES | TE | 44.00 | 2.00 | 88.00 |
|   | TELECOPY | | | | | |
| E | 07/12/05 | WTC | TE | | | 48.00 |
|   | TELECOPY | | | | | |
| E | 07/12/05 | WTC | TE | | | 52.00 |
|   | TELECOPY | | | | | |
| E | 07/12/05 | KJW | FX | | | 14.75 |
|   | FEDERAL EXPRESS NO 5287 | | | | | |
| E | 07/12/05 | ES | CO | 150.00 | .20 | 30.00 |
|   | COPIES | | | | | |
| E | 07/12/05 | SWE | PT | | | 1.85 |
|   | POSTAGE | | | | | |
| E | 07/13/05 | KJW | TC | | | 3.40 |
|   | TELEPHONE | | | | | |
| E | 07/13/05 | ES | TC | | | 31.70 |
|   | TELEPHONE | | | | | |
| E | 07/13/05 | KJW | LP | | | 68.00 |
|   | LASERPRO | | | | | |
| E | 07/14/05 | KJW | TC | | | 3.60 |
|   | TELEPHONE | | | | | |
| E | 07/18/05 | JMS | PT | | | 2.82 |
|   | POSTAGE | | | | | |
| E | 07/19/05 | WTC | TC | | | 41.35 |
|   | TELEPHONE | | | | | |
| E | 07/19/05 | JMS | LP | | | 152.80 |

COMERFORD & BRITT, LLP

ROM: 03/01/03
HRU: 03/07/06                STATEMENT REVIEWS (PRE-BILLS)        BY
IME: 13:54:51                                                    Matter: ALL
ile type: ALL
========================================================================
                                            Re: BREECH OF CONTRACT (BUSINESS)
ile #    21606.001
lient Name: TEXFI,THROUGH THE TRUSTEE OF
  Fee type: (NORMAL BILLING FILE) Format  25
Resp Tkpr: WTC        Last billed   00/00/00        ALL ENTRIES BEING BILLED


        LASERPRO

  E   07/20/05  JMS    TE       12.00      2.00         24.00
        TELECOPY

  E   07/20/05  JMS    TE       34.00      2.00         68.00
        TELECOPY

  E   07/20/05  JMS    TE        4.00      2.00          8.00
        TELECOPY

  E   07/20/05  JMS    PT                                2.22
        POSTAGE

  E   08/01/05  JMS    CO      550.00       .20        110.00
        COPIES

  E   09/26/05  KJW    LP                               18.40
        LASERPRO

  E   09/30/05  CLH    CO      416.00       .20         83.20
        COPIES

  E   09/30/05  CLH    FX                               28.98
        FEDERAL EXPRESS

  E   10/10/05  JMS    CO        1.00       .20           .20
        COPIES

  E   10/10/05  JMS    LP                                 .60
        LASERPRO

  E   10/10/05  JMS    PT                                 .74
        POSTAGE

  E   01/03/06  CLH    FX                               25.07
        FEDERAL EXPRESS NO 5589

  E   01/04/06  WTC    TE        8.00      2.00         16.00
        TELECOPY

  E   01/04/06  WTC    TE        3.00      2.00          6.00
        TELECOPY

  E   01/04/06  WTC    TE        2.00      2.00          4.00

COMERFORD & BRITT, LLP

STATEMENT REVIEWS (PRE-BILLS)          BY
                                          Matter: ALL
===================================================================
                                    Re: BREECH OF CONTRACT (BUSINESS)
ile #      21606.001
lient Name: TEXFI, THROUGH THE TRUSTEE OF
   Fee type: (NORMAL BILLING FILE) Format  25
 Resp Tkpr: WTC        Last billed  00/00/00       ALL ENTRIES BEING BILLED

          TELECOPY

   E   01/04/06  JMS   LP                             9.40
          LASERPRO

   E   01/24/06  SWE   CO        10.00      .20       2.00
          COPIES
                                -------     ------------
       ** SUB TOTAL **                      27,514.38


                         COSTS:             22,260.33
                         EXPENSES:           5,254.05